**QUALITY LOAN SERVICE CORPORATION**
Julie O. Molteni (SBN: 265133)
Joshua E. Moyer (SBN: 259908)
Renee DeGolier (SBN: 262999)
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101
Telephone:      (619) 645-7711 x 2019
Facsimile:      (619) 568-3518

Corporate Counsel for Defendant,
Quality Loan Service Corporation

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank Nationa Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>                              Defendants. | Case No. 2:11-cv-07692-CAS-CW<br><br>**NOTICE OF NON-OPPOSITION TO QUALITY LOAN SERVICE CORPORATION'S DECLARATION OF NONMONETARY STATUS** |

Quality Loan Service Corporation ("Quality") is named in this litigation because it is the trustee of the Deed of Trust, and in such capacity is advancing the nonjudicial foreclosure of real property.  On September 22, 2011, Quality filed a Declaration of Nonmonetary Status pursuant to California Civil Code § 2924l, a copy of which is attached hereto as Exhibit 1.  Civil Code § 2924l provides in part:

CA11-7604

> [I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee, then, at any time, the trustee may file a declaration of nonmonetary status.

Cal. Civ. Code § 2924l(a).  Once such a declaration is filed, the other parties to the action have fifteen (15) days in which to file an objection.  Cal. Civ. Code § 2924l(c).  If no objection is served within that time, the trustee is completely excused from further participation in the case.  Cal. Civ. Code § 2924l(d).  However, the trustee agrees to be bound by whatever judgment is entered by the Court, so long as the judgment does not provide for any monetary damages against the trustee.  Cal. Civ. Code § 2924(b).  If a declaration is filed pursuant to Civil Code § 2924l and no timely objections are received, the trustee is exempted from further participation in the case, including the filing of an answer.

Quality's Declaration of Nonmonetary Status was served on the Plaintiff by Notice of Electronic Filing on September 22, 2011, and it was filed with this Court on September 22, 2011.  No objections were served on Quality by any party. Accordingly, Quality is excused from further participation in the case, including the filing of an answer.

Dated:  October 17, 2011                    Respectfully submitted,
                                            **Quality Loan Service Corporation**


                                            By:   */s/ Julie Molteni*
                                            Julie Molteni, Esq.
                                            Corporate Counsel for Defendant,
                                            Quality Loan Service Corporation

**NOTICE OF NON-OPPOSITION TO QUALITY LOAN SERVICE CORPORATION'S
DECLARATION OF NONMONETARY STATUS**

CA11-7604