1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

**QUALITY LOAN SERVICE CORPORATION**
Daniel J. Goulding (SBN: 120561)
Julie O. Molteni (SBN: 265133)
Joshua E. Moyer (SBN: 259908)
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101
Telephone: (619) 645-7711 x 2019
Facsimile: (619) 568-3518

Corporate Counsel for Defendant,
Quality Loan Service Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank Nationa Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:11-cv-07692-CAS-CW<br><br>**QUALITY'S DECLARATION OF NONMONETARY STATUS**<br>**[Civil Code §2924 *l*]** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Defendant, QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby submits the attached Declaration of Trustee's Nonmonetary status pursuant to California Civil Code § 2924*l*.

---

1
**QUALITY'S DECLARATION OF NONMONETARY STATUS**

CA11-7604

Section 2924*l* provides in the pertinent part that:
> "[I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee then at any time, the trustee may file a declaration of nonmonetary status."

Quality believes that it has been named in the above-entitled action solely in its capacity as Trustee under the Deed of Trust, which is the subject of this action, executed by Plaintiffs, Fernando Hinnaoui and Martha V. Hinnaoui against the real property commonly known as 12302 Aegean Street, Norwalk, CA 90650; and the Deed of Trust executed by Plaintiff Sandra Enshiwat against the real property commonly known as 5114 Challenger Avenue, Bakersfield, CA 93312; and the Deed of Trust executed by Plaintiffs Steven Zivanic and Yvonne Zivanic against the real property commonly known as 14361 Springer Ave., Saratoga, CA 95070.

Dated: September 22, 2011

Respectfully submitted,
**QUALITY LOAN SERVICE CORP.**

By: /s/ Julie Molteni
Julie O. Molteni, Esq.
Joshua E. Moyer, Esq.
Corporate Counsel for
Quality Loan Service Corporation

| | |
|---|---|
| 1 | **QUALITY LOAN SERVICE CORPORATION**<br>Daniel J. Goulding (SBN: 120561) |
| 2 | Julie O. Molteni (SBN: 265133)<br>Joshua E. Moyer (SBN: 259908) |
| 3 | Corporate Counsel<br>2141 5th Avenue |
| 4 | San Diego, CA 92101<br>Telephone:      (619) 645-7711 x 2019 |
| 5 | Facsimile:      (619) 568-3518 |
| 6 | Corporate Counsel for |
| 7 | Quality Loan Service Corporation |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated, | Case No. 2:11-cv-07692-CAS -CW<br><br>**DECLARATION OF BOUNLET LOUVAN IN SUPPORT OF QUALITY'S DECLARATION OF NONMONETARY STATUS** |
| Plaintiffs, | |
| v. | |
| Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank Nationa Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive, | |
| Defendants. | |

I, Bounlet Louvan, declare as follows:

1. I am the Foreclosure Legal Liaison and Former Trustee Sale Officer for Defendant Quality Loan Service Corp. ("Quality"). I make the following Declaration in support of its Nonmonetary Status.

2. If called to testify as a witness thereon, I could and would competently

1

**DECLARATION OF BOUNLET LOUVAN IN SUPPORT OF QUALITY'S NONMONETARY STATUS**

CA11-7604

testify as to all the facts stated in this Declaration.

3. This Declaration is made pursuant to California Civil Code § 2924*l*.

4. Quality is a Trustee under a Deed of Trust dated April 17, 2007. Said Deed of Trust is a secured lien on real property commonly known as 12302 Aegean Street, Norwalk, CA 90650 and was filed for record on April 27, 2007 in the Los Angeles County Recorder's Office as Instrument Number 20071022787.

5. Quality is also a Trustee under a Deed of Trust dated December 14, 2007. Said Deed of Trust is a secured lien on real property commonly known as 5114 Challenger Ave., Bakersfield, CA 93312 and was filed for record on December 19, 2007 in the Kern County Recorder's Office as Instrument Number 0207249649.

6. Further, Quality is a Trustee under a Deed of Trust dated December 14, 2004. Said Deed of Trust is a secured lien on real property commonly known as 14361 Springer Ave., Saratoga, CA 95070 and was filed for record on December 22, 2004 in the Santa Clara County Recorder's Office as Instrument Number 18157014.

7. Quality is named as a Defendant in this action solely in its capacity as Trustee under the Subject Deed of Trust. Further, it is Quality's reasonable belief that it has not been named as a Defendant because of any acts or omissions on its part in the performance of its duties as Trustee.

8. The Complaint seeks causes of action believed to be directed at co-Defendants and not the Trustee. Quality believes it has been named simply as a nominal Defendant and that Plaintiff is not seeking any monetary or other relief against it, other than as a necessary party for the purposes of verifying acts taken and/or carrying out any necessary acts in accordance with its position as Trustee under the Deed of Trust. The legal framework governing non-judicial foreclosures is codified in California Civil Code §§ 2924 – 2924i. When a trustee such as Quality records a Notice of Default at the direction of the beneficiary, the trustee

incurs no liability for the amount provided by the beneficiary. Plaintiff's theory on who may and may not advance a trustee's sale or what they have to do prior to initiating a trustee's sale are outside of the scope of Civil Code § 2924 et. seq.

9. Quality agrees to be bound by whatever order or judgment is issued by this Court regarding the Trustee, provided such order or judgment is nonmonetary relief only.

I declare under penalty of perjury under the laws of the State of California, that the foregoing its true and correct. Executed on September 22, 2011 at San Diego California.

By: _____
Bounlet Louvan
Foreclosure Legal Liaison for
Defendant,
Quality Loan Service Corporation

---

3
**DECLARATION OF BOUNLET LOUVAN IN SUPPORT OF QUALITY'S NONMONETARY STATUS**

CA11-7604

|   |   |
|---|---|
| 1 | **QUALITY LOAN SERVICE CORPORATION**<br>Daniel J. Goulding (SBN: 120561) |
| 2 | Julie O. Molteni (SBN: 265133)<br>Joshua E. Moyer (SBN: 259908) |
| 3 | Corporate Counsel<br>2141 5th Avenue |
| 4 | San Diego, CA 92101<br>Telephone:     (619) 645-7711 x 2019 |
| 5 | Facsimile:     (619) 568-3518 |
| 6 | Corporate Counsel for Defendant, |
| 7 | Quality Loan Service Corporation |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank Nationa Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:11-cv-07692-CAS -CW<br><br>**PROOF OF SERVICE** |

## **DECLARATION OF SERVICE**

I, Aimee Soderberg, declare:

I am a resident of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 2141 5th Avenue, San Diego, California 92101.

1
**PROOF OF SERVICE**

CA11-7604

|   |   |
|---|---|
| 1 | I further declare that I am readily familiar with the business practice of |
| 2 | Quality Loan Service Corporation for service of documents, that documents served |
| 3 | by facsimile are transmitted in and the original deposited with the United States |
| 4 | Postal Service in our ordinary course of business on the same day, the documents |
| 5 | served by mail are deposited with the United States Postal Service in the ordinary |
| 6 | course of business the same day and that documents served personally are delivered |
| 7 | the same day. |
| 8 | At the direction of a member of the bar of this Court, on the date listed below, I |
| 9 | served the following document(s): |
| 10 | • **QUALITY'S DECLARATION OF NONMONETARY STATUS;** |
| 11 | |
| 12 | • **DECLARATION OF BOUNLET LOUVAN IN SUPPORT OF QUALITY'S DECLARATION OF NONMONETARY STATUS.** |
| 13 | |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | |
| 26 | /// |
| 27 | /// |
| 28 | /// |

| | |
|---|---|
| 1 | **Christopher G Weston** |
| 2 | Weston Law Connection Corp |
|   | 4311 Wilshire Boulevard Suite 615 |
| 3 | Los Angeles, CA 90010 |
| 4 | *Attorney for the Plaintiff(s)* |
| 5 | |
|   | **Motaz M Gerges** |
| 6 | Motaz M Gerges Law Offices |
| 7 | 19510 Ventura Boulevard Suite 101 |
|   | Tarzana, CA 91356 |
| 8 | |
| 9 | *Attorney for the Plaintiff(s)* |
| 10 | **Vipan K Bhola** |
| 11 | Vip Bhola Law Offices |
|    | 21550 Oxnard Street 3rd Floor |
| 12 | Woodland Hills, CA 91367 |
| 13 | |
|    | *Attorney for the Plaintiff(s)* |
| 14 | |
| 15 | **Amber M Grayhorse** |
|    | **Stephen P Wiman** |
| 16 | Nossaman LLP |
| 17 | 777 South Figueroa Street 34th Floor |
|    | Los Angeles, CA 90017 |
| 18 | |
| 19 | Attorneys for Defendant Carnegie Mortgage LLC |
| 20 | in the following manner of service (check appropriate): |
| 21 | _____ **BY MAIL:** I placed a true copy in a sealed envelope |
| 22 | addressed as indicated above.  I am readily familiar with the firm's practice of |
| 23 | collection and processing correspondence for mailing.  It is deposited with the U.S. |
| 24 | Postal Service on that same day in the ordinary course of business.  I am aware that |
| 25 | on a motion of party served, service is presumed invalid if postal cancellation date |
| 26 | or postage meter date is more than one date after date of deposit for mailing in |
| 27 | affidavit. |
| 28 | ___**XX**___ **BY ELECTRONIC FILING:** The documents were filed |

electronically via this court's CM/ECF system. Accordingly, service was made by virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email addresses of all counsel of record who have consented to electronic service. By the terms of the court's rules governing electronic filing, service of the documents is deemed complete upon the transmission of the NEF.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on September 22, 2011 at San Diego, California.

By: /s/ Aimee Soderberg
Aimee Soderberg