1 **QUALITY LOAN SERVICE CORPORATION**
Julie O. Molteni (SBN: 265133)
2 Joshua E. Moyer (SBN: 259908)
Renee DeGolier (SBN: 262999)
3 Corporate Counsel
2141 5th Avenue
4 San Diego, CA 92101
Telephone:    (619) 645-7711 x 2019
5 Facsimile:    (619) 568-3518

6 Corporate Counsel for Defendant,
Quality Loan Service Corporation
7

8         **UNITED STATES DISTRICT COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; 12 Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on 13 behalf of themselves and all others similarly situated, 14                       Plaintiffs, 15 v. 16 Carnegie Mortgage, LLC; CitiMortgage, 17 Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, 18 F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service 19 Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; 20 Deutsche Bank Nationa Trust Company; Atlantic & Pacific Foreclosure Services; 21 Wells Fargo Bank, N.A.; and DOES 1-10 inclusive, 22                       Defendants. | Case No. 2:11-cv-07692-CAS-CW  **PROOF OF SERVICE** |

23                         **DECLARATION OF SERVICE**

24       I, Aimee Soderberg, declare:

25       I am a resident of the United States and I am employed in the County of San

26 Diego, State of California; I am over the age of 18 years and not a party to this

27 action; my business address is 2141 5th Avenue, San Diego, California 92101.

28

1     I further declare that I am readily familiar with the business practice of
2 Quality Loan Service Corporation for service of documents, that documents served
3 by facsimile are transmitted in and the original deposited with the United States
4 Postal Service in our ordinary course of business on the same day, the documents
5 served by mail are deposited with the United States Postal Service in the ordinary
6 course of business the same day and that documents served personally are delivered
7 the same day.

8     On October 17, 2011, at the direction of a member of the bar of this Court, I
9 served the following document(s) on the persons listed below:

- **NOTICE OF NON-OPPOSITION TO QUALITY LOAN SERVICE CORPORATION'S DECLARATION OF NONMONETARY STATUS**

2
**PROOF OF SERVICE**

CA11-7604

1

2  **Christopher G Weston**
3  Weston Law Connection Corp
   4311 Wilshire Boulevard Suite 615
4  Los Angeles, CA 90010

5
   *Attorney for the Plaintiff(s)*
6

7  **Motaz M Gerges**
   Motaz M Gerges Law Offices
8  19510 Ventura Boulevard Suite 101
   Tarzana, CA 91356
9

10 *Attorney for the Plaintiff(s)*

11
   **Vipan K Bhola**
12 Vip Bhola Law Offices
   21550 Oxnard Street 3rd Floor
13 Woodland Hills, CA 91367

14
15 *Attorney for the Plaintiff(s)*

16 **Amber M Grayhorse**
17 **Stephen P Wiman**
   Nossaman LLP
18 777 South Figueroa Street 34th Floor
   Los Angeles, CA 90017
19

20 *Attorneys for Defendant Carnegie Mortgage LLC*

21
   **Steven E Rich**
22 **John Nadolenco**
   Mayer Brown LLP
23 350 South Grand Avenue 25th Floor
24 Los Angeles, CA 90071-1503

25
   *Attorneys for CitiMortgage, Inc.*
26

27

28

**PROOF OF SERVICE**

CA11-7604

| | |
|---|---|
| 1 | **Nicole K Neff** |
| 2 | **Robin P Wright** |
| 3 | Wright Finlay and Zak LLP |
|   | 4665 MacArthur Court Suite 280 |
| 4 | Newport Beach, CA 92660 |
| 5 | *Attorneys for Cal-Western Reconveyance Corporation* |
| 6 | |
| 7 | **Peter Obstler** |
| 8 | **Zachary J Alinder** |
|   | Bingham McCutchen LLP |
| 9 | Three Embarcadero Center |
| 10 | San Francisco, CA 94111 |
| 11 | *Attorneys for JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company* |
| 12 | |
| 13 | **Hong-An Vu** |
|    | **Ruby Wayne Wood** |
| 14 | Goodwin Procter LLP |
| 15 | 601 South Figueroa Street 41st Floor |
|    | Los Angeles, CA 90017 |
| 16 | |
| 17 | *Attorneys for Bank of America* |
| 18 | **Peiyin Patty Li** |
|    | Wilmer Cutler Pickering Hale and Dorr LLP |
| 19 | 350 South Grand Avenue Suite 2100 |
| 20 | Los Angeles, CA 90071 |
| 21 | *Attorney for Federal National Mortgage Association* |
| 22 | **Noah Levine** |
| 23 | Wilmer Cutler Pickering Hale & Dorr LLP |
|    | 399 Park Avenue |
| 24 | New York, NY 10022 |
| 25 | |
|    | *Attorney for Federal National Mortgage Association* |
| 26 | |
| 27 | |
| 28 | |

1 **Stuart B Wolfe**
2 **Cathy L Granger**
Wolfe and Wyman LLP
3 2301 Dupont Drive Suite 300
4 Irvine, CA 92612-7531

5 *Attorneys for Atlantic and Pacific Foreclosure Services LLC and Wells Fargo Bank, N.A.*
6

7 in the following manner of service (check appropriate):

8 _____     **BY MAIL:**  I placed a true copy in a sealed envelope
9 addressed as indicated above.  I am readily familiar with the practice of this
10 business of collection and processing correspondence for mailing.  It is deposited
11 with the U.S. Postal Service on that same day in the ordinary course of business.  I
12 am aware that on a motion of party served, service is presumed invalid if postal
13 cancellation date or postage meter date is more than one date after date of deposit
14 for mailing in affidavit.

15 _____     **BY FACSIMILE**:  I transmitted all documents to all parties in
16 this action by facsimile at the telephone number(s) indicated above and thereafter
17 placed each such sealed envelope, with postage thereon fully prepaid for first-class
18 mail, for collection and mailing at Quality Loan Service Corporation, San Diego,
19 California.

20   **XX**     **BY ELECTRONIC FILING:** The documents were filed
21 electronically via this court's CM/ECF system.  Accordingly, service was made by
22 virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the
23 filing of the document and transmitted to the email addresses of all counsel of
24 record who have consented to electronic service.  By the terms of the court's rules
25 governing electronic filing, service of the documents is deemed complete upon the
26 transmission of the NEF.

27
28

1  I declare under penalty of perjury under the laws of the State of California,
2  that the foregoing is true and correct. Executed on October 17, 2011 at San Diego,
3  California.
4  By: _____
   Aimee Soderberg