NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA  90017
Telephone:  (213) 612-7800
Facsimile:  (213) 612-7801

Attorneys for Defendant Carnegie Mortgage, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>  Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANT CARNEGIE MORTGAGE, LLC**<br><br>Hearing<br>Date:   November 14, 2011<br>Time:   10:00 a.m.<br>Courtroom: 5<br><br>Date Action Filed:  August 17, 2011<br>Trial Date:   None Set |

413670_1.DOC

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDER
2  HEREIN.**
3      Defendant Carnegie Mortgage, LLC hereby lodges its [PROPOSED] ORDER
4  GRANTING MOTION TO DISMISS OF DEFENDANT CARNEGIE MORTGAGE,
5  LLC a copy of which is attached hereto as Exhibit A and incorporated by this reference.

7  Dated: October 17, 2011          NOSSAMAN LLP
8                                    STEPHEN P. WIMAN
                                     AMBER M. GRAYHORSE

11                           By:   /S/ AMBER M. GRAYHORSE
12                                    AMBER M. GRAYHORSE
                                      Attorneys for Defendant Carnegie
13                                    Mortgage, LLC