# EXHIBIT "A"

NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

Attorneys for Defendant Carnegie Mortgage, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANT CARNEGIE MORTGAGE, LLC**<br><br>Hearing<br>Date:    November 14, 2011<br>Time:    10:00 a.m.<br>Courtroom: 5<br><br>Date Action Filed: August 17, 2011<br>Trial Date:        None Set |

413631_1.DOC

1  The Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6)
2  brought by defendant Carnegie Mortgage, LLC ("Carnegie"), came on regularly for
3  hearing at 10:00 a.m. on November 14, 2011, in Courtroom 5 of the above-entitled court,
4  before the Honorable Christina A. Snyder.
5  Having considered the motion, the memoranda and the declarations filed by
6  the parties, documents properly subject to judicial notice, and having heard argument of
7  counsel, **IT IS HEREBY ORDERED THAT**:
8  1. This Court **GRANTS** Carnegie's Request for Judicial Notice and
9  takes judicial notice of the documents attached as exhibits thereto
10  2. This Court finds that plaintiffs have failed to state a claim on which
11  relief may be granted against Carnegie where:
12  a. Plaintiffs' alleged first and fourth causes of action for "Breach
13  of Contract" and "Breach of the Covenant of Good Faith and Fair Dealing" fail to state a
14  claim upon which relief can be granted because (i) Carnegie is not a party to the alleged
15  contract, (ii) Carnegie does not own any loan or property that are subject to this claim,
16  and (iii) plaintiffs are not third-party beneficiaries to the alleged contract as a matter of
17  law;
18  b. Plaintiffs' alleged second cause of action for "Violation of Due
19  Process" fails to state a claim upon which relief can be granted because (i) Carnegie is
20  not a party to the alleged contract with the government, (ii) Carnegie, at all times
21  relevant, was not a state actor, and (iii) the federal program that plaintiffs claim Carnegie
22  violated does not create a protected property interest;
23  c. Plaintiffs' alleged fifth cause of action for "Violation of
24  California Civil Code § 2923.5" fails to state a claim upon which relief can be granted
25  because the statute, by its terms, does not apply to the deed of trust concerning Carnegie
26  and the Complaint fails to allege that Carnegie participated in either the notice of default
27  or notice of trustee sale concerning such deed of trust;
28

d.  Plaintiffs' alleged sixth cause of action for "Wrongful Foreclosure" fails to state a claim upon which relief can be granted because Carnegie has not taken any actions to foreclose upon any property that is the subject of this claim and plaintiffs failed to tender full performance under the relevant deed of trust; and

e.  Plaintiffs' alleged seventh cause of action for "Quiet Title" fails to state a claim upon which relief can be granted because the Complaint is not verified and the facts alleged do not state a valid basis to quiet title.

The Complaint is hereby dismissed in its entirety without leave to amend.

**IT IS SO ORDERED**.

Dated: _____, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE