MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
STEVEN E. RICH (SBN 198412)
*srich@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
CITIMORTGAGE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI; SANDRA ENSHIWAT; ALI REZA AMIRJALAIY; KIAN KAMRANI,on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARNEGIE MORTGAGE, LLC; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,

Defendants.

Case No. CV11-07692 CAS (CWx)

**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING CITIMORTGAGE, INC.'S MOTION TO DISMISS COMPLAINT**

Date: December 5, 2011
Time: 10:00 a.m.
Judge: Hon. Christina A. Snyder

Complaint Filed: August 17, 2011

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, concurrent with this Notice, Defendant CitiMortgage, Inc. hereby lodges with the Court a [Proposed] Order Granting CitiMortgage, Inc.'s Motion to Dismiss Complaint, a true and correct copy of which is attached hereto.

Dated:  October 19, 2011

MAYER BROWN LLP
JOHN NADOLENCO
STEVEN E. RICH

By: /s/ Steven E. Rich
    Steven E. Rich

Attorneys for Defendant
CitiMortgage, Inc.

1

NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING CITIMORTGAGE, INC.'S MOTION TO DISMISS COMPLAINT; CASE NO. CV-11-07692 CAS (CWx)

700657745.1