NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

Attorneys for Defendant Carnegie Mortgage, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No: CV-11-07692 RSWL (CWx)<br><br>(Hon. Ronald S.W. Lew)<br><br>**DEFENDANT CARNEGIE MORTGAGE, LLC'S REPLY TO PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS COMPLAINT**<br><br>Hearing<br>Date: November 14, 2011<br>Time: 10:00 a.m.<br><br>Date Action Filed: August 17, 2011<br>Trial Date: None Set |

414286_1.DOC

-1-

On October 13, 2011, Defendant Carnegie Mortgage, LLC ("Carnegie") filed a Notice of Motion and Motion to Dismiss, requesting that the Court dismiss Carnegie from this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief may be granted. Plaintiffs were required to file an opposition, if any, on or before October 24, 2011 pursuant to Local Rule 7-9. Carnegie has not received any opposition to its Motion to Dismiss or any notice of electronic filing of any such opposition.

Having received no opposition in response to its Motion to Dismiss, Carnegie prays that this Honorable Court:

1. Deem Plaintiffs' failure to file a timely opposition to Carnegie's Motion to Dismiss as consent to granting the Motion to Dismiss pursuant to Local Rule 7-12;

2. Enter an order granting Carnegie's Motion to Dismiss in its entirety with prejudice; and

3. Enter an order granting other relief as is just and equitable.

Dated: October 28, 2011

NOSSAMAN LLP
STEPHEN P. WIMAN
AMBER M. GRAYHORSE

By: /s/ Amber M. Grayhorse
Amber M. Grayhorse
Attorneys for Defendant Carnegie Mortgage, LLC