BINGHAM MCCUTCHEN LLP
Peter Obstler (SBN 171623)
peter.obstler@bingham.com
Zachary J. Alinder (SBN 209009)
zachary.alinder@bingham.com
Margaret A. DeGooyer (SBN 234839)
margaret.degooyer@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
JPMorgan Chase Bank, N.A., including as
acquirer of certain assets and liabilities of
Washington Mutual Bank from the FDIC,
acting as receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI, SANDRA ENSHIWAT; ALI REZA AMIRJALALY; KIAN KAMRANI ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>      v.<br><br>CARNEGIE MORTGAGE, LLC.; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK | Case No. CV-11-07692 CAS (CWx)<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**<br><br>Hearing Date: November 14, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>Judge: Hon. Christina A. Snyder<br>Complaint filed: August 17, 2011 |

| | |
|---|---|
| 1 | F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; AND DOES 1 THROUGH 10, INCLUSIVE, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Pending before this Court is the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) brought by Defendant JPMorgan Chase Bank, N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver ("Chase"). As set forth in Chase's Reply and Notice of Plaintiffs' Non-Opposition, Plaintiffs did not timely oppose the Motion to Dismiss. The deadline for filing and serving their opposition was October 24, 2011.

Having considered the briefs, documents properly subject to judicial notice, and Plaintiffs' failure to timely oppose the motion, **IT IS HEREBY ORDERED THAT:**

As a preliminary matter, the Court **GRANTS** Chase's Request for Judicial Notice and takes judicial notice of the documents attached as Exhibits to that Request.

Further, the Court **GRANTS** Chase's Motion to Dismiss in its entirety on the following grounds:

(1) Plaintiffs' Complaint fails for lack of subject matter jurisdiction under Rule 12(b)(1), Section 1818(i) of the Federal Deposit Insurance Act, 12 U.S.C. §§ 1800, *et seq.* ("FDIA"), and under the doctrines of primary jurisdiction and equitable abstention;

(2) Plaintiffs have failed state a claim for relief under Rule 12(b)(6) where:

    (a) All of Plaintiffs' state law claims are preempted under either The National Bank Act or the Home Owners' Loan Act of 1933;

    (b) Plaintiffs' claims for Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing fail because Plaintiffs are not third-party beneficiaries to the alleged HAMP contract and they allege no damages;

    (c) Plaintiffs' due process claim under the Fifth Amendment to the United States Constitution fails because Chase is not a state actor and HAMP does not endow Plaintiffs with a protected property interest;

    (d)  Plaintiffs' claim for violation of Cal. Civ. Code § 2923.5 fails because no remedy is available and Plaintiffs' allegations negate facts necessary to the claim;

    (e)  Plaintiffs' claim for Wrongful Foreclosure fails because Plaintiffs have not alleged that they tendered the amount of indebtedness due; and

    (f)  Plaintiffs' claim for Quiet Title fails because Plaintiffs have not discharged their debt, as they must allege to maintain that claim; and

  (3)  Pursuant to Local Rule 7-12, Plaintiffs' failure to file an opposition to Chase's Motion to Dismiss has been deemed consent to the Court's granting of Chase's Motion in its entirety.

  The Complaint is hereby dismissed in its entirety with prejudice and without leave to amend.

      **IT IS SO ORDERED.**

                   Hon. Christina A. Snyder
                   United States District Judge