BINGHAM MCCUTCHEN LLP
Peter Obstler (SBN 171623)
peter.obstler@bingham.com
Zachary J. Alinder (SBN 209009)
zachary.alinder@bingham.com
Margaret A. DeGooyer (SBN 234839)
margaret.degooyer@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Deutsche Bank National Trust Company, in
its capacity as Trustee of Washington Mutual
Mortgage Securities Corp. 2005-AR6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI, SANDRA ENSHIWAT; ALI REZA AMIRJALALY; KIAN KAMRANI ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CARNEGIE MORTGAGE, LLC.; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK F.S.B.; | Case No. CV-11-07692 CAS (CWx)<br><br>**AMENDED [PROPOSED] ORDER GRANTING MOTION TO DISMISS, AND JOINDER IN MOTION TO DISMISS, COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) BY DEUTSCHE BANK NATIONAL TRUST COMPANY, IN ITS CAPACITY AS TRUSTEE OF WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. 2005-AR6**<br><br>Hearing Date: November 14, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>Judge: Hon. Christina A. Snyder<br>Complaint filed: August 17, 2011 |

| | |
|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; AND DOES 1 THROUGH 10, INCLUSIVE, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

2

Pending before this Court is the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) brought by Defendant JPMorgan Chase Bank, N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver ("Chase"), in which Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6 ("DBNTC") has joined (the "DBNTC Joinder"). As set forth in DBNTC's Reply and Notice of Plaintiffs' Non-Opposition, Plaintiffs did not timely oppose the Motion to Dismiss or DBNTC's Joinder. The deadline for filing and serving their opposition was October 24, 2011.

Having considered the briefs, documents properly subject to judicial notice, and Plaintiffs' failure to timely oppose the motion or joinder, **IT IS HEREBY ORDERED THAT:**

The Court **GRANTS** the Chase Motion in its entirety and DBNTC's Joinder in that Motion and **DISMISSES** Plaintiffs' Complaint as to DBNTC in its entirety without leave to amend on the following grounds:

(1)  Plaintiffs' Sixth Cause of Action for Wrongful Foreclosure fails because Plaintiffs have not alleged that they tendered the amount of indebtedness due;

(2)  Plaintiffs' Seventh Cause of Action for Quiet Title fails because Plaintiffs have not discharged their debt, as they must allege to maintain that claim; and

(3)  Pursuant to Local Rule 7-12, Plaintiffs' failure to file an opposition to Chase's Motion to Dismiss or DBNTC's Joinder therein has been deemed consent to the Court's granting of Chase's Motion and DBNTC's Joinder in their entirety.

1 **IT IS SO ORDERED.**

2

3 _____
4                                    Hon. Christina A. Snyder
                                      United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28