UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7692 CAS (CWx) | Date | November 7, 2011 |
|---|---|---|---|
| Title | JOSE LUIS ROJAS, et al. v. CARNEGIE MORTGAGE LLC, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Vanessa Del Rio | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CONTINUING MOTION TO DISMISS filed by Atlantic and Pacific Foreclosure Services, LLC, Wells Fargo Bank, NA (filed 10/13/2011); MOTION TO DISMISS DEFENDANT CARNEGIE MORTGAGE LLC filed by Carnegie Mortgage LLC (filed 10/13/2011); MOTION TO DISMISS filed by JPMorgan Chase Bank, NA (filed 10/14/2011); MOTION FOR JOINDER TO DISMISS filed by Deutsche Bank National Trust Company (filed 10/14/2011)

On the Court's own motion, the Court continues the above-referenced motions from November 14, 2011 to **November 21, 2011** at **10:00 A.M.**

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | VDR |