1  NOSSAMAN LLP
   STEPHEN P. WIMAN (SBN 54825)
2  swiman@nossaman.com
3  AMBER M. GRAYHORSE (SBN 229059)
   agrayhorse@nossaman.com
4  777 South Figueroa Street, 34th Floor
5  Los Angeles, CA  90017
   Telephone:  (213) 612-7800
6  Facsimile:  (213) 612-7801

7  Attorneys for Defendant Carnegie Mortgage, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing<br>Date:    December 5, 2011<br>Time:    10:00 a.m.<br>Courtroom: 5<br><br>Date Action Filed: August 17, 2011<br>Trial Date:    None Set |

414944_1.DOC

1  The Motion for Leave to File First Amended Class Action Complaint
2  brought by plaintiffs' Jose Luis Rosas, Steven Zivanic, Yvonne Zivanic, Fernando
3  Hinnaoui, Martha V. Hinnaoui, Sandra Enshiwat, Ali Reza Amirjalaly, and Kian
4  Kamrani ("Plaintiffs"), came on regularly for hearing at 10:00 a.m. on December 5, 2011,
5  in Courtroom 5 of the above-entitled court, before the Honorable Christina A. Snyder.
6  Having considered the motion, the memoranda and the declarations filed by
7  the parties and having heard argument of counsel, **IT IS HEREBY ORDERED THAT**:
8  1. This Court **DENIES** Plaintiffs' Motion for Leave to File a First
9  Amended Class Action Complaint.

11  **IT IS SO ORDERED.**

13  Dated: _____, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE