BINGHAM MCCUTCHEN LLP
Peter Obstler (SBN 171623)
peter.obstler@bingham.com
Zachary J. Alinder (SBN 209009)
zachary.alinder@bingham.com
Margaret A. DeGooyer (SBN 234839)
margaret.degooyer@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
JPMorgan Chase Bank, N.A., including as
acquirer of certain assets and liabilities of
Washington Mutual Bank from the FDIC, acting
as receiver, and Deutsche Bank National Trust
Company, in its capacity as Trustee of
Washington Mutual Mortgage Securities Corp.
2005-AR6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI, SANDRA ENSHIWAT; ALI REZA AMIRJALALY; KIAN KAMRANI ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CARNEGIE MORTGAGE, LLC.; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN | Case No. CV-11-07692 CAS (CWx)<br><br>**DECLARATION OF MARGARET A. DEGOOYER IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT BY DEFENDANTS JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK NATIONAL TRUST COMPANY**<br><br>Hearing Date: December 5, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>Judge: Hon. Christina A. Snyder<br>Complaint filed: August 17, 2011 |

| | |
|---|---|
| 1 | SERVICE CORPORATION; |
| 2 | FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK |
| 3 | F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; |
| 4 | ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS |
| 5 | FARGO BANK, N.A.; AND DOES 1 THROUGH 10, INCLUSIVE, |
| 6 | |
| 7 |     Defendants. |

2

| | |
|---|---|
| 1 | **DECLARATION OF MARGARET A. DEGOOYER** |
| 2 | I, Margaret A. DeGooyer, hereby declare: |
| 3 | 1.   I am an associate with the firm of Bingham McCutchen LLP, counsel |
| 4 | for Defendants JPMorgan Chase Bank, N.A., including as acquirer of certain assets |
| 5 | and liabilities of Washington Mutual Bank from the FDIC, acting as receiver, and |
| 6 | Deutsche Bank National Trust Company, in its capacity as Trustee of Washington |
| 7 | Mutual Mortgage Securities Corp. 2005-AR6 (collectively, the "Chase |
| 8 | Defendants") in this action.  I am licensed to practice law in the State of California. |
| 9 | I have personal knowledge of the facts set forth in this Declaration and would be |
| 10 | competent to testify to them if called upon to do so. |
| 11 | 2.   Attached hereto as <u>Exhibit A</u> is a true and correct copy of a redline |
| 12 | comparison between Plaintiffs' original complaint (Dkt. No. 1) and the proposed |
| 13 | first amended complaint submitted with Plaintiffs' motion for leave to amend (Dkt. |
| 14 | No. 62). |
| 15 | 3.   Prior to filing the JPMC Motion to Dismiss and the DBNTC Joinder, |
| 16 | the Chase Defendants' counsel sent meet and confer correspondence to Plaintiffs' |
| 17 | counsel regarding the arguments set forth in the Motion to Dismiss and Joinder |
| 18 | pursuant to Local Rule 7-3.  Plaintiffs' counsel did not respond to the Chase |
| 19 | Defendants' meet and confer correspondence. |
| 20 | 4.   Plaintiffs' opposition to the Chase Defendants' Motion was due on or |
| 21 | before October 24, 2011.  Plaintiffs elected not to file an opposition.  On October |
| 22 | 31, 2011, with no opposition having been filed by Plaintiffs, the Chase Defendants |
| 23 | filed reply papers providing their Notices of Non-Opposition in lieu of filing a |
| 24 | more substantive reply in compliance with Local Rules 7-10 and 7-12. |
| 25 | 5.   At no time prior to the filing of their Motion for Leave to Amend the |
| 26 | Complaint did Plaintiffs attempt to meet and confer with the Chase Defendants |
| 27 | /// |
| 28 | |

1  regarding the Motion for Leave to Amend or the proposed first amended complaint
2  as required pursuant to Local Rule 7-3.
3      I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5      Executed this 14th day of November, 2011 at San Francisco, California.

                                      //s//
                              Margaret A. DeGooyer