Matthew D. Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendant Federal National Mortgage Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. CV 11-07692 CAS(CWx)<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Christina A. Snyder |

PLEASE TAKE NOTICE that Matthew D. Benedetto of WILMER CUTLER PICKERING HALE AND DORR LLP hereby enters his appearance as an attorney of record for Defendant Federal National Mortgage Association in the above-referenced action.

Dated: November 15, 2011        By:    /s/ Matthew D. Benedetto

Matthew D. Benedetto
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | I am employed in the County of Los Angeles, State of California. I am over the |
| 3   | age of 18 and not a party to the within action. My business address is 350 South |
| 4   | Grand Avenue, Suite 2100, Los Angeles, California 90071. |
| 5   | On November 15, 2011, I served the foregoing document(s) described as: |
| 6   | **NOTICE OF APPEARANCE** |
| 7   | on each interested party, as stated on the attached service list. |

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA, addressed as set forth below:

Motaz M. Gerges, Esq.
Law Offices of Motaz M. Gerges
19510 Ventura Blvd., Ste. 101
Tarzana, CA 91356
*Attorneys for Plaintiffs*

Vip Bhola, Esq.
Law Offices of Vip Bhola
21550 Oxnard Street, Third Floor
Woodland Hills, CA 91367
*Attorneys for Plaintiffs*

Christopher G. Weston, Esq.
Western Law Connection
4311 Wilshire Blvd, Suite 615
Los Angeles, CA 90010
*Attorneys for Plaintiffs*

Amber M. Grayhorse
Nossaman LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
*Attorneys for Carnegie Mortgage LLC*

Nicole K. Neff
Wright, Finlay & Zak
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
*Attorneys for Defendant Cal-Western Reconveyance Corporation*

Cathy L. Granger
Wolfe & Wyman LLP
2301 Dupont Drive, Suite 300
Irvine, CA 92612-7531

**Wilmer Cutler Pickering Hale and Dorr LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

PROOF OF SERVICE

*Attorneys for Defendants Wells Fargo Bank, N.A. and Atlantic & Pacific Foreclosure Services*

Zachary J. Alinder
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
*Attorneys for Defendants
JP Morgan Chase Bank, N.A.,
Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6*

Kim Leffert
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
*Attorneys for Defendant CitiMortgage, Inc.*

Julie O. Molteni
2141 5th Avenue
San Diego, CA 92101
*Attorneys for Quality Loan Assurance Corporation*

James W. McGarry
Goodwin Proctor LLP
53 State Street
Boston, MA 02109
*Attorneys for Bank of America*

Washington Mutual Bank
Theresa M. Marchlewski
9200 Oakdale Avenue
Chatsworth, CA 91311
(address of file with California Secretary of State)

IndyMac Bank F.S.B.
c/o Federal Deposit Insurance Corporation
550 17th S1. NW
Washington, DC 20429-9990

IndyMac Bank F.S.B.
c/o OneWest Bank Group LLC
Corporation Service Company

2711 Centerville Road, Suite 400
Wilmington, DE 19808

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) and the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 15, 2011, at Los Angeles, California.

/s/ Matthew D. Benedetto

Matthew D. Benedetto

**Wilmer Cutler Pickering Hale and Dorr LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

NOTICE OF APPEARANCE     CASE NO. CV 11-07692 CAS(CWx)