1  Ruby Wayne Wood (SBN 229538)
   *rwood@goodwinprocter.com*
2  Hong-An Vu (SBN 266268)
   *hvu@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 S Figueroa Street, 41st Floor
4  Los Angeles, CA  90017
   Tel.:  213.426.2500
5  Fax:  213.623.1673

6  Attorneys for Defendant
   **BANK OF AMERICA, N.A.**
7  (Erroneously sued as Bank of America)

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11  **WESTERN DIVISION**

| | |
|---|---|
| 12  Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:11-CV-07692-CAS (CWx)<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS CASE**<br><br>Date:     December 5, 2011<br>Time:    10:00 a.m.<br>Place:    Courtroom 5<br>             Spring Street Courthouse<br><br>Judge:   Hon. Cristina A. Snyder<br><br>Date of Removal: September 16, 2011<br>Date Action Filed: August 17, 2011<br>Trial Date: None |

LIBA/2238246.1

1  Defendant Bank of America, N.A. ("BOA") filed a Notice of Motion and
2  Motion to Dismiss on October 14, 2011 requesting that the Court dismiss BOA from
3  this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a
4  claim upon which relief may be granted.  Plaintiffs had until November 14, 2011 to
5  file an opposition pursuant to Local Rule 7-9.  Bank of America has not received
6  any opposition to its Motion to Dismiss or any notice of electronic filing of any such
7  opposition.
8  As such, BOA prays that this Honorable Court:
9      1. Deem Plaintiffs' failure to file a timely opposition to BOA"s Motion to
10        Dismiss as consent to granting the Motion to Dismiss pursuant to Local
11        Rule 7-12;
12     2. Enter an order granting BOA's Motion to Dismiss in its entirety with
13        prejudice; and
14     3. Enter an order granting other relief as is just and equitable.
15
16 Dated:   November 15, 2011           Respectfully submitted,
17
18                                      By: /s/ Ruby Wayne Wood
                                           Ruby Wayne Wood
19                                         rwood@goodwinprocter.com
                                           Hong-An Vu
20                                         hvu@goodwinprocter.com
                                           **GOODWIN PROCTER LLP**
21
                                           Attorneys for Defendant
22                                         **BANK OF AMERICA, N.A.**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, 41st Floor, Los Angeles, California 90017.

On November 15, 2011, I served **DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS CASE** on the person(s) listed on the attached Service List as follows:

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ **(CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."**

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

1 ☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

2

3

4 ☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

5

6

7 ☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

8

9

10  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

11

12

13  Executed on November 15, 2011, at Los Angeles, California.

14

15

16

17  Britani N. Selzler                                    _____
    (Type or print name)                                        (Signature)

18

19

20

21

22

23

24

25

26

27

28

LIBA/2238246.1                           2

# SERVICE LIST
*Jose Luis Rosas et al v. Carnegie Mortgage LLC et al*
United States District Court, Central District of California
Western Division - Los Angeles
Case No. 2:11-cv-07692-CAS - (CWx)

| | |
|---|---|
| Motaz M. Gerges<br>*mgerges@aol.com*<br>**LAW OFFICES OF MOTAZ M GERGES**<br>19510 Ventura Boulevard, Suite 101<br>Tarzana, CA 91356<br>Tel:  (818) 943-0707<br>Fax:  (818) 401-0711<br><br>Christopher G. Weston<br>*wlconnection@aol.com*<br>**WESTON LAW CONNECTION CORP**<br>4311 Wilshire Boulevard, Suite 615<br>Los Angeles, CA 90010<br>Tel:  (323) 936-0815<br>Fax:  (323) 936-0700<br><br>Vipan K. Bhola<br>*vbhola@me.com*<br>**LAW OFFICES OF VIP BHOLA**<br>21550 Oxnard Street, 3rd Floor<br>Woodland Hills, CA 91367<br>Tel:  (818) 224-6650<br>Fax:  (818) 221-0302 | Counsel for Plaintiffs<br>**JOSE LUIS ROSAS;<br>STEVEN ZIVANIC;<br>YVONNE ZIVANIC;<br>FERNANDO HINNAOUI;<br>MARTHA V. HINNAOUI;<br>SANDRA ENSHIWAT;<br>ALI REZA AMIRJALALY;<br>KIAN KAMRANI; and<br>ALL OTHERS SIMILARLY SITUATED** |
| Stephen P. Wiman<br>*swiman@nossaman.com*<br>Amber M. Grayhorse<br>*agrayhorse@nossaman.com*<br>**NOSSAMAN LLP**<br>777 S. Figueroa Street, 34th Floor<br>Los Angeles, CA 90017<br>Tel:  (213) 612-7800<br>Fax:  (213) 612-7801 | Counsel for Defendant<br>**CARNEGIE MORTGAGE, LLC** |
| Peter Obstler<br>*peter.obstler@bingham.com*<br>Zachary J Alinder<br>*zachary.alinder@bingham.com*<br>**BINGHAM McCUTCHEN**<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel:  (415) 393-2000<br>Fax:  (415) 393-2286 | Counsel for Defendants<br>**JPMORGAN CHASE BANK N.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6** |

LIBA/2238246.1                                    3

| | | |
|---|---|---|
| 1 | Daniel J. Goulding<br>Julie O. Molteni | Corporate Counsel for Defendant<br>**QUALITY LOAN SERVICE** |
| 2 | Joshua E. Moyer<br>**QUALITY LOAN SERVICE** | **CORPORATION** |
| 3 |   **CORPORATION**<br>2141 5th Avenue | |
| 4 | San Diego, CA 92101<br>Tel:  (619) 645-7711 x-2019 | |
| 5 | Fax:  (619) 568-3518 | |
| 6 | | |
| 7 | Steven E. Rich<br>*srich@mayerbrown.com* | Counsel for Defendant<br>**CITIMORTGAGE, INC.** |
| 8 | John Nadolenco<br>*jnadolenco@mayerbrown.com* | |
| 9 | **MAYER BROWN LLP**<br>350 South Grand Avenue, 25th Floor | |
| 10 | Los Angeles, CA 90071-1503<br>Tel:  (213) 229-9500 | |
| 11 | Fax:  (213) 625-0248 | |
| 12 | Robin P. Wright | Counsel for Defendant |
| 13 | *rwright@wrightlegal.net*<br>Nicole K. Neff | **CAL-WESTERN**<br>**RECONVEYANCE** |
| 14 | *nneff@wrightlegal.net*<br>**WRIGHT FINLAY AND ZAK LLP** | **CORPORATION** |
| 15 | 4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | |
| 16 | Tel:  (949) 477-5050<br>Fax:  (949) 477-9200 | |
| 17 | | |
| 18 | Peiyin Patty Li<br>*patty.li@wilmerhale.com* | Counsel for Defendant<br>**FEDERAL NATIONAL** |
| 19 | **WILMER CUTLER PICKERING**<br>  **HALE & DORR LLP** | **MORTGAGE ASSOCIATION** |
| 20 | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 | |
| 21 | Tel:  (213) 443-5300<br>Fax:  (213) 443-5400 | |
| 22 | | |
| 23 | Stuart B. Wolfe<br>*sbwolfe@wolfewyman.com* | Counsel for Defendants<br>**WELLS FARGO BANK,** |
| 24 | Cathy L. Granger<br>*clgranger@wolfewyman.com* | **N.A., and ATLANTIC AND**<br>**PACIFIC FORECLOSURE** |
| 25 | **WOLFE & WYMAN LLP**<br>2301 Dupont Drive, Suite 300 | **SERVICES LLC** |
| 26 | Irvine, CA 92612<br>Tel:  (949) 475-9200 | |
| 27 | Fax:  (949) 475-9203 | |
| 28 | | |

LIBA/2238246.1      4