UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7692-CAS(CWx) | Date | November 16, 2011 |
|---|---|---|---|
| Title | JOSE LUIS ROSAS ET AL. v. CARNEGIE MORTGAGE, LLC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| RITA SANCHEZ | N/A | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers:) DEFENDANTS' MOTIONS TO DISMISS (filed 10/14/2011)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** (filed 11/7/2011)

The Court finds these motions appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing dates of November 21, 2011 and December 5, 2011 are vacated, and the matters are taken under submission.

**I.    INTRODUCTION**

On August 17, 2011, plaintiffs Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; and Kian Kamrani, on behalf of themselves and others similarly situated (collectively "plaintiffs"), filed a class action complaint against Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corp.; Washington Mutual Bank, F.A.; JPMorgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corp.; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Co.; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and Does 1–100 (collectively "defendants"). The complaint alleges six claims for relief: (1) breach of contract; (2) violation of due process against all defendants except Fannie Mae; (3) violation of due process against Fannie Mae; (4) breach of the covenant of good faith and fair dealing; (5) violation of Cal. Civ. Code § 2923.5; and (6) wrongful foreclosure.

Defendants timely removed to this Court on September 16, 2011, alleging that federal question jurisdiction exists. On October 14, 2011, defendants Federal National

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7692-CAS(CWx) | Date | November 16, 2011 |
|---|---|---|---|
| Title | JOSE LUIS ROSAS ET AL. v. CARNEGIE MORTGAGE, LLC. ET AL. | | |

Mortgage Association, CitiMortgage, and JPMorgan Chase each filed separate motions to dismiss the complaint.

Plaintiffs did not file an opposition to any of the motions to dismiss. Instead, on November 7, 2011, plaintiff filed a motion for leave to file a first amended class action complaint ("FAC"). The proposed FAC alleges the same six claims as the complaint along with five additional claims, styled as: (1) violation of due process failure to promulgate rules requiring mortgage lenders and servicers to provide notice of denial; (2) violation of due process failure to promulgate rules requiring mortgage lenders and servicers to provide a right to appeal; (3) quiet title; (4) quasi-contract; and (5) no contract.

On November 14, 2011, defendants filed separate oppositions to plaintiffs' motion for leave to file their FAC. Defendants argue that plaintiffs' request for leave is untimely because plaintiffs failed to file oppositions to the motions to dismiss within the time proscribed under Local Rule 7-9 (requiring an opposing party to file its opposition not later than 21 days before the hearing date). Defendants also contend that amendment would be futile because plaintiffs' five additional claims each fail to state a claim upon which relief can be granted.

The Court assesses five factors in determining whether to grant leave to amend: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint. See Johnson v. Buckley, 356 F.3d 1067, 1077 (9th Cir. 2004). Whether to grant leave to amend is within the Court's discretion. See id.; see also Fed. R. Civ. P. 15(2) ("The court should freely give leave when justice so requires.").

Here, plaintiffs have not yet amended their original complaint. Accordingly, the Court, in its discretion, GRANTS plaintiffs leave to file their FAC. See Fed. R. Civ. P. 15(2). As to defendants' futility arguments, those issues are better addressed on a motion to dismiss the FAC. In light of the foregoing, defendants' current motions to dismiss are DENIED as moot.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7692-CAS(CWx) | Date | November 16, 2011 |
|---|---|---|---|
| Title | JOSE LUIS ROSAS ET AL. v. CARNEGIE MORTGAGE, LLC. ET AL. | | |

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | RS | | |