MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
STEVEN E. RICH (198412)
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
Attorneys for Defendant CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS, et al. | CASE NUMBER |
| Plaintiff(s) | CV-11-07692 CAS (CWx) |
| v. | |
| CARNEGIE MORTGAGE, LLC, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, STEPHEN J. KANE_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: CITIMORTGAGE, INC._____ by whom I have been retained.

My business information is:
Mayer Brown LLP
_____
*Firm Name*

71 South Wacker Drive
_____
*Street Address*

Chicago, Illinois 60606          skane@mayerbrown.com
_____        _____
*City, State, Zip*                  *E-Mail Address*

(312) 701-8857                (312) 706-8311
_____        _____
*Telephone Number*              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| See Attachment | |
| | |
| | |
| | |

G-64 (11/11)       APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE       PAGE 1 of 2
AMECURRENT 700800018.1 21-Nov-11 12:08

American LegalNet, Inc.
www.FormsWorkFlow.com

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV 10-3792 DSF (PLAx) | King, et al. v. CitiMortgage, Inc., et al. | 8/6/10 | 8/10/10-granted |
| CV-10-9167 DSF (PLAx) | Mata, et al. v. CitiMortgage, Inc. | 5/24/11 | 5/25/11-granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:
N/A

I designate   John Nadolenco   as local counsel, whose business information is as follows:

Mayer Brown LLP
*Firm Name*

350 S. Grand Avenue, 25th Floor
*Street Address*

Los Angeles, CA 90071                jnadolenco@mayerbrown.com
*City, State, Zip*                        *E-Mail Address*

(213) 229-9500                          (213) 625-0248
*Telephone Number*                  *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   November 21, 2011            Stephen J. Kane
                                     *Applicant's Name (please print)*

                                     *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   November 21, 2011            John Nadolenco
                                     *Designee's Name (please print)*

                                     *Designee's Signature*

                                     SBN 181128
                                     *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



# ATTACHMENT TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

| *Title of Court* | *Date of Admission* |
| --- | --- |
| State Court of Illinois | February 5, 2001 |
| U.S. Court of Appeals for the Eighth Circuit | August 21, 2001 |
| U.S. Court of Appeals for the Seventh Circuit | November 9, 2001 |
| Northern District of Illinois | December 20, 2001 |
| Central District of Illinois | May 22, 2003 |
| United States Supreme Court | September 4, 2009 |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Joseph Kane

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on February 5, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, November 16, 2011.

*Carolyn Taft Grosboll*

Clerk