Name & Address:
MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
STEVEN E. RICH (SBN 198412)
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 229-9500; Fax: (213) 625-0248
Attorneys for Defendant CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS, et al.<br><br>Plaintiff(s)<br>v.<br><br>CARNEGIE MORTGAGE, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br>CV-11-07692 CAS (CWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  STEPHEN J. KANE , of  Mayer Brown LLP, 71 South Wacker Drive, Chicago, IL 60606
  *Applicant's Name*                              *Firm Name / Address*

(312) 701-8857                                    skane@mayerbrown.com
  *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant
☐ Intervener or other interested person CITIMORTGAGE, INC.

and the designation of  JOHN NADOLENCO (SBN 181128)
                        *Local Counsel Designee /State Bar Number*

of  Mayer Brown LLP, 350 S. Grand Avenue, 25th Floor, Los Angeles, CA 90071
                        *Local Counsel Firm / Address*

(213) 229-9500                                    jnadolenco@mayerbrown.com
  *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
700621506.1

