NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

Attorneys for Defendant Carnegie Mortgage, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No: CV 11-07692 CAS (CWx)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RE FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Complaint served: August 17, 2011<br>Date Removed: Sept. 16, 2011 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE THAT, Plaintiffs Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, and defendants CitiMortgage, Inc., Cal-Western Reconveyance Corporation, JP Morgan Chase Bank, N.A., Bank of America, Federal National Mortgage Association, Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6, Atlantic & Pacific Foreclosure Services, and Wells Fargo Bank, N.A., as Trustee For Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass Through Certificates (erroneously sued herein as Wells Fargo Bank, N.A.), by and through their respective undersigned counsel (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action against Defendants on August 17, 2011 in the Superior Court of California, County of Los Angeles;

WHEREAS, Carnegie timely removed this action to the United States District Court for the Central District of California on September 16, 2011;

WHEREAS, Defendants each filed their respective motions to dismiss Plaintiffs' initial complaint on October 13 and 14, 2011;

WHEREAS, Plaintiffs filed a Motion for Leave to Amend on November 7, 2011;

WHEREAS, the Court issued a Minute Order on November 16, 2011 GRANTING Plaintiffs' Motion for Leave to Amend and DENYING Defendants' respective Motions to Dismiss as moot;

WHEREAS, Plaintiffs and Defendants have agreed to a briefing schedule regarding the filing and service of Plaintiffs' First Amended Complaint and Defendants' respective responses thereto;

NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel, hereby STIPULATE and respectfully request the Court issue an order as follows:

1. On or before **November 30, 2011**, Plaintiffs shall file and serve their First Amended Complaint or the proposed First Amended Complaint lodged with Plaintiffs' Motion for Leave to File First Amended Complaint shall be deemed filed as of November 28, 2011;

2. On or before **January 5, 2011**, Defendants shall file and serve their respective responses, including but not limited to motions to dismiss, to the First Amended Complaint;

3. On or before **February 6, 2011**, Plaintiffs shall file and serve opposition briefs to any motions filed by Defendants;

4. On or before **February 27, 2012**, Defendants shall file and serve their respective reply briefs in support of any motions filed by Defendants;

5. On or after **March 12, 2012**, any motions filed by Defendants in response to the First Amended Complaint shall be heard before the Honorable Christine A. Snyder.

Dated: November 28, 2011        NOSSAMAN LLP
                                STEPHEN P. WIMAN
                                AMBER M. GRAYHORSE

                                By: /S/ AMBER M. GRAYHORSE
                                    AMBER M. GRAYHORSE
                                    Attorneys for Defendant Carnegie
                                    Mortgage, LLC

| | |
|---|---|
| Dated: November 28, 2011 | LAW OFFICES OF MOTAZ GERGES<br>MOTAZ GERGES<br><br>By: /S/MOTAZ GERGES<br>MOTAZ GERGES<br>Attorneys for Plaintiffs |
| Dated: November 28, 2011 | WRIGHT FINLAY & ZAK LLP<br>ROBIN PREMA WRIGHT<br>NICOLE K. NEFF<br><br>By: /S/NICOLE K. NEFF<br>NICOLE K. NEFF<br>Attorneys for Defendant Cal-Western Reconveyance Corporation |
| Dated: November 28, 2011 | WOLFE & WYMAN LLP<br>CATHY L. GRANGER<br><br>By: /S/CATHY L. GRANGER<br>CATHY L. GRANGER<br>Attorneys for Defendants<br>Wells Fargo Bank, N.A., as Trustee For Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass Through Certificates (erroneously sued herein as Wells Fargo Bank, N.A.), and Atlantic & Pacific Foreclosure Services |
| Dated: November 28, 2011 | BINGHAM & MCCUTCHEN LLP<br>PETER OBSTLER<br>ZACHARY J. ALINDER<br><br>By: /S/ZACHARY J. ALINDER<br>ZACHARY J. ALINDER<br>Attorneys for Defendants<br>JP Morgan Chase Bank, N.A.,<br>Deutsche Bank National Trust Company, in its capacity as Trustee of Washington |

Mutual Mortgage Securities Corp. 2005-AR6

Dated: November 28, 2011

MAYER BROWN LLP
STEVEN E. RICH
JOHN NADOLENCO

By: /S/STEVEN E. RICH
STEVEN E. RICH
Attorneys for Defendant
CitiMortgage, Inc.

Dated: November 28, 2011

WILMER CUTLER PICKERING HALE AND DORR LLP
MATTHEW D. BENEDETTO

By: /S/MATTHEW D. BENEDETTO
MATTHEW D. BENEDETTO
Attorneys for Defendant
Federal National Mortgage Association

Dated: November 28, 2011

GOODWIN PROCTER LLP
RUBY W. WOOD

By: /S/RUBY W. WOOD
RUBY W. WOOD
Attorneys for Defendant
Bank of America