Ruby Wayne Wood (SBN 229538)
rwood@goodwinprocter.com
GOODWIN PROCTER LLP
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:      213.426.2500
Fax:      213.623.1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all other similarly situated,<br><br>                                                    Plaintiff(s)<br>                         v.<br><br>Carnegie Mortgage, LLC; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br>                                                    Defendant(s). | CASE NUMBER<br>2:11-CV-07692-CAS (CWx)<br><br><br><br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, James W. McGarry                                                           , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: BANK OF AMERICA, N.A. (erroneously sued as Bank of America)      by whom I have been retained.

My business information is:
Goodwin Procter LLP
*Firm Name*

Exchange Place, 53 State Street
*Street Address*

Boston, MA 02109                                                              jmcgarry@goodwinprocter.com
*City, State, Zip*                                                                               *E-Mail Address*

617-570-1000                                                                      617-523-1231
*Telephone Number*                                                                      *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| Please See Attached List | |

G-64 (11/11)   **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**   PAGE 1 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:11-cv-04609-AHM -JC | Maria Campusano et al v. BAC Home Loans Servicing LP et al | 09/07/2011 | 09/08/2011 |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Ruby Wayne Wood  as local counsel, whose business information is as follows:

Goodwin Procter LLP
*Firm Name*

601 S Figueroa St., 41st Floor
*Street Address*

Los Angeles, California  90017          rwood@goodwinprocter.com
*City, State, Zip*                                          *E-Mail Address*

213-426-2500                              213-623-1673
*Telephone Number*                            *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  December 1, 2011

James W. McGarry
*Applicant's Name (please print)*

/s/ *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  December 1, 2011

Ruby Wayne Wood
*Designee's Name (please print)*

/s/ Ruby Wayne Wood
*Designee's Signature*

(SBN 229538)
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



ATTACHMENT:

TO APPLICAION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – JAMES W. MCGARRY

## COURT ADMISSIONS

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| United State Court of Appeals for the First Circuit | 8/1/1997 |
| United State Court of Appeals for the Third Circuit | 5/27/1994 |
| United State Court of Appeals for the Sixth Circuit | 12/02/1998 |
| United States District Court for the District of Massachusetts | 03/21/1997 |
| United States District Court for the Eastern District of Michigan | 01/23/2009 |
| United States District Court for the Western District of Michigan | 1/27/1998 |
| United States District Court for the District of New Jersey | 12/21/1993 |
| United States District Court for the Eastern District of Pennsylvania | 02/07/1994 |
| United States Bankruptcy Court for the District of Massachusetts | 01/09/2007 |
| Supreme Judicial Court for the Commonwealth of Massachusetts | 12/19/1996 |
| Supreme Court for the Commonwealth of Pennsylvania | 12/10/1993 |
| New Jersey Supreme Court | 12/21/1993 |

**ATTACHMENT – APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – JAMES W. MCGARRY**

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **December** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

### James W. McGarry

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **November** in the year of our Lord **two thousand and eleven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116