Motaz M. Gerges, Esq. (SBN 202175)
LAW OFFICE OF MOTAZ M. GERGES
19510 Ventura Blvd., Suite 101
Tarzana CA 91356

Vip Bhola, Esq. (SBN 183980)
Christopher G. Weston, Esq. (SBN 174808)
Email: classactioncomplaint@gmail.com

Phone:     (855) 525-2922
           (818) 514-6514
Fax:       (818) 996-0100

Attorneys for Plaintiff and the Class Members

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivar; Fernando Hinnaoui; Martha V. Hinnaoui, Sand Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO.: CV11-07692-CAS (CWx)<br>Hon. Christina A. Snyder<br><br>Hearing Date: March 12, 2012<br>Time: 10:00 a.m.<br>Courtroom: "5"<br><br>[PROPOSED] ORDER |

Defendant JP Morgan Bank N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver's Motion to Dismiss First Amended Class Action ("FAC") came on regularly for hearing before the District Court Judge.

On proof made to the satisfaction of the Court, Defendants' Motion to Dismiss Plaintiff's FAC is: ☐ DENIED or ☐ GRANTED as follows:

1. **First Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
2. **Second Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
3. **Third Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
4. **Fourth Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
5. **Fifth Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
6. **Sixth Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
7. **Seventh Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
8. **Eighth Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
9. **Ninth Cause of Action is:** ☐ DENIED or ☐ GRANTED
   ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND
10. **Tenth Cause of Action is:** ☐ DENIED or ☐ GRANTED

☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND

11. **Eleventh Cause of Action is:** ☐ DENIED or ☐ GRANTED

☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND

12. **Twelfth Cause of Action is:** ☐ DENIED or ☐ GRANTED

☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND

13. Defendant has _____ days to answer to Plaintiff's First Amended Complaint;

14. Plaintiff has _____ days to file Second Amended Complaint.

Additionally:

_____

_____

_____

_____.

**IT IS SO ORDERED!**

Dated: _____

_____
District Court Judge