Motaz M. Gerges, Esq. (SBN 202175)
LAW OFFICE OF MOTAZ M. GERGES
19510 Ventura Blvd., Suite 101
Tarzana CA 91356

Vip Bhola, Esq. (SBN 183980)
Christopher G. Weston, Esq. (SBN 174808)
Email: classactioncomplaint@gmail.com

Phone:        (855) 525-2922
              (818) 514-6514
Fax:          (818) 996-0100

Attorneys for Plaintiff and the Class Members

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivan; Fernando Hinnaoui; Martha V. Hinnaoui, Sano Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>    vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>                                        Defendants. | CASE NO.: CV11-07692-CAS (CWx)<br>Hon. Christina A. Snyder<br><br>Hearing Date: March 12, 2012<br>Time: 10:00 a.m.<br>Courtroom: "5"<br><br>[PROPOSED] ORDER |

PROPOSED ORDER

Defendant Wells Fargo Bank, N.A. as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass Through Certificates (erroneously sued herein as Wells Fargo Bank, N.A.) and Atlantic & Pacific Foreclosure Services' Motion to Dismiss First Amended Class Action ("FAC") came on regularly for hearing before the District Court Judge.

On proof made to the satisfaction of the Court, Defendants' Motion to Dismiss Plaintiff's FAC is: ☐ DENIED or ☐ GRANTED as follows:

1.  **First Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
2.  **Second Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
3.  **Third Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
4.  **Fourth Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
5.  **Fifth Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
6.  **Sixth Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
7.  **Seventh Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
8.  **Eighth Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND
9.  **Ninth Cause of Action is:** ☐ DENIED or ☐ GRANTED
    ☐ WITH LEAVE TO AMEND    ☐ WITHOUT LEAVE TO AMEND

1    10.    **Tenth Cause of Action is:** ☐ DENIED or ☐ GRANTED

2           ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND

3    11.    **Eleventh Cause of Action is:** ☐ DENIED or ☐ GRANTED

4           ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND

5    12.    **Twelfth Cause of Action is:** ☐ DENIED or ☐ GRANTED

6           ☐ WITH LEAVE TO AMEND     ☐ WITHOUT LEAVE TO AMEND

7      13. Defendant has _____ days to answer to Plaintiff's First Amended Complaint;

8      14. Plaintiff has _____ days to file Second Amended Complaint.

9   Additionally:

10 _____

11 _____

12 _____

13 _____ .

14

15      **IT IS SO ORDERED!**

16   Dated: _____

17

18                               _____

                                  District Court Judge