NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

Attorneys for Defendant Carnegie Mortgage, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**DEFENDANT CARNEGIE MORTGAGE, LLC'S REPLY TO PLAINTIFFS' NON-OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br><u>Hearing</u><br>Date:   March 12, 2012<br>Time:  10:00 a.m.<br><br>Date Action Filed: August 17, 2011<br>Trial Date:     None Set |

418759_1.DOC                                                    -1-

On December 1, 2011, the Court entered an *Order Regarding Briefing Schedule re Filing of Plaintiffs' FAC and Defendants' Responses Thereto* ("December Order") pursuant to a Stipulation submitted on November 29, 2011 by Plaintiffs Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, and defendants CitiMortgage, Inc., Cal-Western Reconveyance Corporation, JP Morgan Chase Bank, N.A., Bank of America, Federal National Mortgage Association, Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6, Atlantic & Pacific Foreclosure Services, and Wells Fargo Bank, N.A., as Trustee For Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass Through Certificates (erroneously sued herein as Wells Fargo Bank, N.A.), by and through their respective undersigned counsel (collectively, "Defendants").

On January 5, 2012, Defendant Carnegie Mortgage, LLC ("Carnegie") filed and served a Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC"), requesting that the Court dismiss Carnegie from this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief may be granted ("Motion to Dismiss").

Pursuant to the Stipulation submitted by, *inter alia*, Plaintiffs and the Court's December Order, Plaintiffs were required to file an opposition, if any, to Carnegie's Motion to Dismiss on or before February 6, 2012 *[sic]*. On February 6, 2012, Carnegie received notices of electronic filing of Plaintiffs' oppositions to all but Carnegie's motions to dismiss. As of the date of this filing, Carnegie has not received any opposition to its Motion to Dismiss or any notice of electronic filing of any such opposition.

Local Rule 7-12 specifically authorizes the Court to decline to consider any memorandum or paper not filed within the deadline set by order or local rule and deem a

failure to file a timely opposition as consent to the granting of the motion. *See, .e.g, Johnson v. Winn Props.*, Case No. EDCV 08-0091 SGL (OPx), 2009 U.S. Dist. LEXIS 8891 (C.D. Cal. Jan. 28, 2009) (dismissing case within days of plaintiff's failure to file an opposition); *Plascencia v. Recontrust Co.*, Case No. ED CV 09-00037-SGL (OPx), 2009 U.S. Dist. LEXIS 9839 (C.D. Cal. Jan. 29, 2009) (same); *see also Glassman v. Raytheon Non-Bargaining Retirement Plan*, 259 Fed.Appx. 932, No. 05-56896, 2007 U.S. App. LEXIS 29129, *1-2 (9th Cir. 2007) (Central District did not abuse discretion in dismissing complaint for failure to comply with Local Rule 7-12 when opposition was filed four days late).

Having received no opposition in response to its Motion to Dismiss, Carnegie prays that this Honorable Court:

1. Deem Plaintiffs' failure to file a timely opposition to Carnegie's Motion to Dismiss as consent to granting the Motion to Dismiss pursuant to Local Rule 7-12;

2. Enter an order granting Carnegie's Motion to Dismiss in its entirety with prejudice; and

3. Enter an order granting other relief as is just and equitable, including, but not limited to, denial of any late request to file an amended complaint after having failed to timely oppose Carnegie's Motion to Dismiss.

Dated: February 14, 2012

NOSSAMAN LLP
STEPHEN P. WIMAN
AMBER M. GRAYHORSE

By: /s/ Amber M. Grayhorse
Amber M. Grayhorse
Attorneys for Defendant Carnegie Mortgage, LLC