NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

Attorneys for Defendant Carnegie Mortgage, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANT CARNEGIE MORTGAGE, LLC**<br><br>Hearing<br>Date:   March 12, 2012<br>Time:   10:00 a.m.<br>Courtroom: 5<br><br>Date Action Filed: August 17, 2011<br>Trial Date:   None Set |

420274_1.DOC

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDER HEREIN.**

Defendant Carnegie Mortgage, LLC hereby lodges its [PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANT CARNEGIE MORTGAGE, LLC a copy of which is attached hereto as Exhibit A and incorporated by this reference.

Dated: March 13, 2012        NOSSAMAN LLP

STEPHEN P. WIMAN
AMBER M. GRAYHORSE


By:   /S/ AMBER M. GRAYHORSE

AMBER M. GRAYHORSE
Attorneys for Defendant Carnegie Mortgage, LLC