# EXHIBIT A

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANT CARNEGIE MORTGAGE, LLC**<br><br>Hearing<br>Date:   March 12, 2012<br>Time:   10:00 a.m.<br><br>Date Action Filed: August 17, 2011<br>Trial Date:   None Set |

420269_1.DOC

ORDER GRANTING DEFENDANT CARNEGIE MORTGAGE, LLC'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT

The Motion to Dismiss plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss") brought by defendant Carnegie Mortgage, LLC ("Carnegie") came on hearing on March 12, 2012 at 10:00 a.m. in Courtroom 5 of the above-entitled court before the Honorable Christina A. Snyder. Christopher Weston and Motaz Gerges appeared on behalf of plaintiffs and Amber M. Grayhorse of Nossaman LLP appeared on behalf of Carnegie.

Having considered the Motion to Dismiss, the memoranda and the declarations filed by Carnegie, documents properly subject to judicial notice and all records of the Court, and for the reasons stated in the Court's Civil Minutes separately issued on March 12, 2012 (Dkt. No. 134 at 2 n.3), and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. This Court deems plaintiffs' failure to file a timely opposition to Carnegie's Motion to Dismiss as consent to granting the Motion to Dismiss pursuant to Local Rule 7-12;

2. This Court **GRANTS** Carnegie's Request for Judicial Notice and takes judicial notice of the documents attached as exhibits thereto; and

3. This Court **GRANTS** Carnegie's Motion to Dismiss in its entirety with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
HON. CRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE