| Name & Address: |
|---|
| Ruby Wayne Wood  (SBN 229538) |
| rwood@goodwinprocter.com |
| GOODWIN PROCTER LLP |
| 601 Figueroa Street, 41st Floor |
| Los Angeles, CA 90017 |
| Tel: 213-426-2500 |
| Fax 213-623-1673 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE LUIS ROSAS et al, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:11-cv-07692-CAS -CW |
| v. | |
| CARNEGIE MORTGAGE LLC et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _____Ruby Wayne Wood_____, _____229538_____, _____rwood@goodwinprocter.com_____
      *Name*                              *CA Bar ID Number*                *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Defendant: BANK OF AMERICA, N.A. (erroneously sued as Bank of America)

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:

   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
      PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____   New Facsimile Number _____
   New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

---

G-06 (10/10)   **NOTICE OF CHANGE OF ATTORNEY INFORMATION**   Page 1 of 2



IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____   CA State Bar Number ) _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____   Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **
   ☒ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

   ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

   ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

   ☒ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney*. **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: April 6, 2012             /s/ Ruby Wayne Wood
                                *Signature of Attorney of Record / Attorney for the Firm*
                                Ruby Wayne Wood (SBN 229538)
                                rwood@goodwinprocter.com
                                GOODWIN PROCTER LLP
                                601 S. Figueroa Street, 41st Floor
                                Los Angeles, CA  90017
                                Tel.:    213.426.2500
                                Fax:    213.623.16733

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

# **PROOF OF SERVICE**

I am employed in Los Angeles County,. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa St. Suite 4100, Los Angeles, CA 90017.

On April 6, 2012, I served the **Notice of Withdrawal of Ruby Wayne Wood** on the person(s) listed on the attached Service List as follows:

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ **(CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."**

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

1

1 ☐    (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐    (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on April 6, 2012, at Los Angeles, California.

    Kemi Oyemade                                _(Signature)_
(Type or print name)

# SERVICE LIST
*Jose Luis Rosas et al v. Carnegie Mortgage LLC et. al.*
United States District Court, Central District of California
Western Division - Los Angeles
Case No. 2:11-cv-07692-CAS-(CWx)

| | |
|---|---|
| Christopher G. Weston<br>**WESTON LAW CONNECTION CORP.**<br>4311 Wilshire Boulevard, Suite 615<br>Los Angeles, CA 90010<br>Tel: 323.936.0815<br>Fax: 323.936.0700<br>Email: *wlconnection@aol.com*<br><br>Motaz M. Gerges<br>**MOTAZ M. GERGES LAW OFFICES**<br>19510 Ventura Blvd., Suite 101<br>Tarzana, CA 91356<br>Tel: 818.943.0707<br>Fax: 818.401.0711<br>Email: *mgerges@aol.com*<br><br>Vipan K. Bhola<br>**LAW OFFICES OF VIP BHOLA**<br>21550 Oxnard Street, 3rd Floor<br>Woodland Hills, CA 91367<br>Tel: 818.224.6650<br>Fax: 818.221.0302<br>Email: *vbhola@me.com* | Attorneys for Plaintiff and The Class Members **JOSE LUIS ROSAS, STEVEN ZIVANIC, YVONNE ZIVANIC, FERNANDO HINNAOUI, MARTHA V. HINNAOUI, SANDRA ENSHIWAT, ALI REZA AMIRJALALY, KIAN KAMRANI ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED** |
| Stephen P. Wiman<br>Amber M. Grayhorse<br>**NOSSAMAN LLP**<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017<br>Tel: 213.612.7800<br>Fax: 213.612.7801<br>Email: *swiman@nossaman.com*<br>Email: *agrayhorse@nossaman.com* | Attorneys for Defendant **CARNEGIE MORTGAGE, LLC** |

LIBA/2265150.1

| | |
|---|---|
| John Nadolenco<br>Steven E. Rich<br>**MAYER BROWN LLP**<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Tel:  213.229.9500<br>Fax: 213.625.0248<br>Email: *jnadolenco@mayerbrown.com*<br>Email: *srich@mayerbrown.com* | Attorneys for Defendant<br>**CITIMORTGAGE, INC** |
| Stephen J. Kane *(Pro Hac Vice)*<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel:  312.701.8857<br>Fax: 312.706.8311<br>Email: *skane@mayerbrown.com* | |
| Robin P. Wright<br>Nicole K. Neff<br>**WRIGHT FINLAY & ZAK LLP**<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>Tel:  949.477.5050<br>Fax: 949.477.9200<br>Email: *rwright@wrightlegal.net*<br>Email: *nneff@wrightlegal.net* | Attorneys for Defendant<br>**CAL-WESTERN RECONVEYANCE CORPORATION** |
| Peter Obstler<br>Zachary J. Alinder<br>Margaret A. DeGooyer<br>**BINGHAM MCCUTCHEN LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel:  415.393.2000<br>Fax: 415.393.2286<br>Email: *peter.obstler@bingham.com*<br>Email: *zachary.alinder@bingham.com*<br>Email:*margaret.degooyer@bingham.com* | Attorneys for Defendants<br>**JPMORGAN CHASE BANK, N.A.,** *including as acquirer of certain assets and liability of Washington Mutual Bank from the FDIC, acting as Receiver*; **and DEUTSCHE BANK NATIONAL TRUST COMPANY,** *in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6* |
| Stuart B. Wolfe<br>Cathy L. Granger<br>**WOLFE & WYMAN LLP**<br>2301 Dupont Drive Suite 300<br>Irvine, CA 92612-7531<br>Tel:  949.475.9200<br>Fax: 949.475.9203<br>Email: *sbwolfe@wolfewyman.com*<br>Email: *clgranger@wolfewyman.com* | Attorneys for Defendants<br>**WELLS FARGO BANK N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS THROUGH CERTIFICATES** (*Erroneously sued herein as Wells Fargo Bank, N.A*; **and ATLANTIC & PACIFIC FORECLOSURE SERVICES** |

LIBA/2265150.1

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Matthew D. Benedetto<br>P. Patty Li<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Tel:  213.443.5300<br>Fax: 213.443.5400<br>Email: *matthew.benedetto@wilmerhale.com*<br>Email: *patty.li@wilmerhale.com* | Attorneys for Defendant<br>**FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION** |
| 7<br>8<br>9<br>10 | Noah Levine (*Pro Hac Vice*)<br>**WILMER CUTLER PICKERING<br>  HALE & DORR LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Tel:  212.230.8800<br>Fax: 212.230.8888<br>Email: *noah.levine@wilmerhale.com* | |
| 11<br>12<br>13<br>14<br>15<br>16 | Julie O. Molteni<br>Joshua E. Moyer<br>Renee DeGoliler<br>**QUALITY LOAN SERVICE<br>  CORPORATION**<br>2141 5th Avenue<br>San Diego, CA 92101<br>Tel:  619.645.7711 x-2019<br>Fax: 619.568.3518 | Corporate Counsel for Defendant<br>**QUALITY LOAN SERVICE<br>CORPORATION** |

5

LIBA/2265150.1