NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

Attorneys for Terminated Defendant Carnegie Mortgage, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No: CV-11-07692 CAS (CWx)<br><br>(Hon. Christina A. Snyder)<br><br>**TERMINATED DEFENDANT CARNEGIE MORTGAGE, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Date Action Filed: August 17, 2011<br>Trial Date:  None Set |

421472_1.DOC

1    Terminated defendant Carnegie Mortgage LLC ("Carnegie") hereby responds to plaintiffs' Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1), requesting dismissal without prejudice of, *inter alia*, Carnegie ("Request to Dismiss") (Dkt. No. 142).

On March 12, 2012, Carnegie's and five other defendants' respective motions to dismiss plaintiffs' first amended complaint ("FAC") came on hearing. (Dkt. No. 134.) The Court entered a detailed Minute Order that dismissed plaintiffs' claims against (1) Carnegie because plaintiffs failed to file an opposition to Carnegie's motion to dismiss (*Id.* at 2 n.3), and (2) against the remaining moving defendants with leave to file a second amended complaint ("SAC") on or before April 2, 2012 (*Id.* at 11).

On March 13, 2012, Carnegie lodged a proposed order granting its motion to dismiss the FAC with prejudice. (Dkt. No. 135.) Plaintiffs did not file any objection to the proposed order.

On April 2, 2012, plaintiffs filed their SAC against several defendants. (Dkt. No. 136.) Notably, the SAC asserts no claims against Carnegie. Consequently, on April 3, 2012, the Court terminated this action against Carnegie. (Dkt. No. 139 [Docket Entry].) Thereafter, on Saturday, April 8, 2012, plaintiffs filed the Request to Dismiss. (Dkt. No. 142.)

By failing to assert any claims against Carnegie in the SAC, Plaintiffs waived all causes of action against Carnegie. *Martin v. Wells Fargo Bank*, 2012 U.S. Dist. LEXIS 29882 (E.D. Cal. Mar. 5, 2012) ("a plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint," *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981), and defendants not named in an amended complaint are no longer defendants. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992)."); *Teal v. Vargo*, 9 Fed. Appx. 718, 719 (9th Cir. 2001) (holding that the plaintiff waived his claims against various defendants who were included in the original and first amended complaints by failing to state claims against them in his second amended complaint). Because Carnegie is no longer a defendant in

1 | this action, Carnegie requests that the Court deny plaintiffs' Request to Dismiss Carnegie
2 | without prejudice as moot and, to avoid any further confusion, issue the proposed order
3 | that was lodged on March 13, 2012 (Dkt. No. 135).

5 | Dated: April 10, 2012

NOSSAMAN LLP
STEPHEN P. WIMAN
AMBER M. GRAYHORSE


By:   /S/AMBER M. GRAYHORSE
Amber M. Grayhorse
Attorneys for Terminated Defendant
Carnegie Mortgage, LLC