Motaz M. Gerges, Esq. (SBN 202175)
LAW OFFICE OF MOTAZ M. GERGES
19510 Ventura Blvd., Suite 101
Tarzana CA 91356

Vip Bhola, Esq. (SBN 183980)
LAW OFFICES OF VIP BHOLA
21550 Oxnard Street, Third Floor
Woodland Hills CA 91367

Christopher G. Weston, Esq. (SBN 174808)
WESTERN LAW CONNECTION
4311 Wilshire Blvd. Suite 615
Los Angeles CA 90010

Email: classactioncomplaint@gmail.com

Phone:        (855) 525-2922
              (818) 514-6514
Fax:          (818) 996-0100

Attorneys for Plaintiff and the Class Members

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>      vs.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; Juanito Maramba and Ester Maramba and DOES 1-10 inclusive,<br><br>                                    Defendants. | Case No.:CV11 07692 CAS (CWx)<br><br>NOTICE OF ERRATA IN FILING CAPTION OF SECOND AMENDED COMPLAINT |

*LAW OFFICES OF MOTAZ M. GERGES*
*LAW OFFICES OF VIP BHOLA*
*WESTERN LAW CONNECTIONS, CORP.*

315 Magnolia Blvd.,
Suite 429
herman Oaks, CA.
91403

LAW OFFICES OF MOTAZ M. GERGES
LAW OFFICES OF VIP BHOLA
WESTERN LAW CONNECTIONS, CORP.

1  On April 02, 2012, Plaintiffs through their attorneys of records electronically
2  filed a copy of Second Amended Complaint, ("SAC"). The Caption on the first page of
3  the SAC did not reflect the names of all defendants as appeared on the Caption of the
4  First Amended Complaint, ("FAC").

5  However, the Court diligently issued a discrepancy notice directing Plaintiffs to
6  file corrected copy. Additionally, the Clerk of the Court telephonically contacted
7  Plaintiffs' Counsel directing Plaintiffs to file a hard copy of the SAC with the clerk of
8  the court.

9  On or about April 3, 2012, Plaintiffs filed a hard copy of the SAC for which the
10 clerk issued a discrepancy notice for filing it untimely.

11 Moreover, Plaintiffs filed a "Modified[1] coy of the SAC which was faxed to
12 defendants' counsels but was never filed with the Court.

13 Notice is hereby given that the Operative Copy of the SAC is the copy filed
14 electronically with the Court on April 2, 2012.

15 Additionally, through this Notice of Errata, Plaintiffs file the corrected Caption
16 reflecting all defendants as pled in the FAC. Furthermore, on or about April, 8, 2012,
17 Plaintiffs dismissed without prejudice those defendants whose names were eliminated
18 in the caption of the SAC.

19 Plaintiffs through their counsels of records and their employees sincerely
20 apologize to the Honorable Judge, Christina A. Snyder; her entire staffs and all parties
21 and their attorneys that have been inconvenienced by this error.

22 **Dated:        April 11, 2012**                    **LAW OFFICES OF MOTAZ M. GERGES**

24                    _____/S/ MOtaz M. Gerges, Esq._____
                      Motaz M. Gerges, Esq.
25                    Attorneys for Plaintiffs and Members of the Class

[1] Plaintiffs were erroneously under the impression that the court ordered a Modified copy of the SAC, thus a Modified copy was faxed to all defendants' attorneys; however, the error was timely captured hence, it was not filed with the court. Thus, the operative copy of the SAC is the one filed electronically with the Court on April 2, 2012.

LAW OFFICES OF MOTAZ M. GERGES
LAW OFFICES OF VIP BHOLA
WESTERN LAW CONNECTIONS, CORP.

315 Magnolia Blvd.,
Suite 429
herman Oaks, CA.
91403

## PROOF OF SERVICE

1    I am a resident of the county aforesaid; I am over the age of eighteen

2    years and not a party to the within above entitled action; my business address is

3    7252 Remmet Avenue, Canoga Park, CA 91303.

4    On **April 11, 2012** I served the foregoing documents described as:

5    **NOTICE OF ERRATA IN FILING CAPTION OF SECOND AMENDED COMPLAINT**

6    to the following addresses:

7    **[X] Electronic service ECF** I am "readily familiar" with this firm's practice of

8    collecting and processing correspondence for Electronic Service. Under that

9    practice it would be transmitted to the United States District Court, Central

10   District of California on that same day with a copy forwarded to all parties

11   registered to receive such service.

12   [] (By Mail) I am "readily familiar" with this firm's practice of collecting and

13   processing correspondence for mailing. Under that practice it would be

14   deposited with US postal service on that same day with postage hereon fully

15   prepaid at Canoga Park, California in the ordinary course of business. I am

16   aware that on motion of the party served, service is presumed invalid if postal

17   cancellation date or postage meter date is more than one day after the date of

18   deposit for mailing in affidavit.

19   Executed on April 11, 2012, at Canoga Park, California.

20   [](State) I declare under penalty of perjury under the laws of the State of

21   California.

22   **[X] (Federal) I declare that I am employed in the office of a member of the**

23   **bar of this district at whose direction the service was made.**

_____/S/_____

NOTICE OF ERRATA IN FILING CAPTION OF SECOND AMENDED COMPLAINT