MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI; SANDRA ENSHIWAT; ALI REZA AMIRJALAIY; KIAN KAMRANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNEGIE MORTGAGE, LLC; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-07692 CAS (CWx)<br><br>**CITIMORTGAGE, INC.'S NOTICE OF ERRATA RE MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:   May 21, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Christina A. Snyder<br><br>Second Amended Complaint Filed: April 3, 2012 |

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3  NOTICE IS HEREBY GIVEN of the following errata regarding Defendant
4  CitiMortgage, Inc.'s ("Citi") Motion to Dismiss Second Amended Complaint (the
5  "Motion"), filed on April 19, 2012.
6  Docket number 154 indicates that the hearing on the Motion is scheduled for
7  April 27, 2012 at 9:30 a.m. However, as indicated in Citi's Motion and supporting
8  documents, the hearing, in fact, is scheduled for May 21, 2012 at 10:00 a.m.
9  Citi apologizes to the Court and parties for any inconvenience caused by this
10 inadvertent error.

Dated:  April 20, 2012

MAYER BROWN LLP
JOHN NADOLENCO
STEVEN E. RICH

By:  /s/ Steven E. Rich
         Steven E. Rich

Attorneys for Defendant
CitiMortgage, Inc.