Vip Bhola, Esq. (SBN 183980)
Law Offices of Vip Bhola
21550 Oxnard Street, Suite 940
Woodland Hills, CA 91367
(818) 347-5297

Attorney for Plaintiff/Petitioner JOSE LUIS ROSAS, et al.

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION- LOS ANGELES

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; AN Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Carnegie Mortgage, LLC; CitiMortgage, Inc.;Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:11-CV-07692-RSWL-CW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Law Offices of Vip Bhola and any and all other firm offices, specifically including the above captioned attorneys, hereby disassociates as counsel of record for plaintiffs JOSE LUIS ROSAS et al., in the above captioned matter.

- 1 -

1  Law Offices of Vip Bhola
2
             By: _____VB_____
3  Dated: April 20, 2012       Vip Bhola, Esq.
             Attorney for Plaintiff/Petitioner JOSE LUIS
4             ROSAS et al.

- 2 -

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Suite 940, Woodland Hills, CA 91367.

On April 20, 2012, I served the foregoing documents described as:
**NOTICE OF DISASSOCIATION OF COUNSEL**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Woodland Hills California, addressed as follows:

STEPHAN P. WIMAN
AMBER M. GRAYHORSE
NOSSAMAN LLP
777 S. Figueroa St., 34th Floor
Los Angeles, CA 90017
Phone: (213) 612-7800
Fax: (213) 612-7801

MOTAZ M. GERGES, ESQ.
LAW OFFICES OF MOTAZ M. GERGES
19510 Ventura Blvd., Ste. 101
Tarzana, CA 91356
Fax No. (818) 996-0100
mgerges@aol.com

CHRISTOPHER G. WESTON, ESQ.
WESTERN LAW CONNECTION
4311 Wilshire Blvd, Suite 615
Los Angeles, CA 90010
Fax No.: (323) 936-0700
wlconnection@aol.com

STEVEN E. RICH, ESQ.
JOHN NADOLENCO, ESQ.
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Phone: (213) 229-9586
Fax: (213) 625-0248
srich@mayerbrown.com
jnadolenco@mayerbrown.com

ROBIN PREMA WRIGHT, ESQ.
NICOLE K. NEFF, ESQ.
WRIGHT FINLAY &ZAK LLP
4665 Macarthur Ct # 280

- 3 -

1  Newport Beach, CA 92660-1811
   Phone: (949) 477-5050
2  rprema@wrightlegal.net
3  nneff@wrightlegal.net

4  PETER OBSTLER, ESQ.
   ZACHARY J. ALINDER, ESQ.
5  BINGHAM & MCCUTCHEN LLP
6  Three Embarcadero Center
   San Francisco, CA 94111-4067
7  Phone: 415.393.2578
   Fax: 415.262.9244
8  peter.obstler@bingham.com
   zachary.alinder@bingham.com
9

10 RUBY W. WOOD, ESQ.
   GOODWIN PROCTER LLP
11 601 South Figueroa Street, 41st Floor
   Los Angeles, CA 90017
12 Phone: 213.426.2630
   RWood@goodwinprocter.com
13

14 DANIEL J. GOULDING
   JULIE O. MOLTENI
15 JOSHUA E. MOYER
   QUALITY LOAN SERVICE CORPORATION
16 Corporate Counsel
17 2141 5th Avenue
   San Diego, CA 92101
18 Phone: (619) 645-7711
   jmolteni@qualityloan.com
19 jmoyer@qualityloan.com

20
   CATHY L. GRANGER
21 WOLFE & WYMAN LLP
   2301 Dupont Drive, Suite 300
22 Irvine, CA 92612-7531
   Phone: (949) 475-9200
23 clgranger@wolfewyman.com
   tjfontes@wolfewyman.com
24

25 P. PATTY LI, Esq
   WILMER HALE
26 350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
27 Phone: (213) 443-5328
28 Fax: (213) 44-5400

- 4 -

1  patty.li@wilmerhale.com

2  __X__ (BY MAIL) I deposited such envelope in the mail at Woodland Hills, California.
3  The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. postal service on the same day in the ordinary course of
4  business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit
5  for mailing in affidavit.

6  _____ by Fax. I faxed said document pursuant to Rules of Court rule 2008, on the date of the execution of this Proof of Service, from my facsimile machine. A copy of the
7  transmission report is attached to this proof of service.

8  _____ by Personal Service. The documents were personally delivered to the offices of the addressee.

9  

10  _X_ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

11  Executed on April 20, 2012, at Woodland Hills, California.

                        _____
                        Manuel Magpapian

- 5 -