| | |
|---|---|
| 1 | James W. McGarry (*Pro Hac Vice*) |
| | *jmcgarry@goodwinprocter.com* |
| 2 | **GOODWIN PROCTER LLP** |
| | 53 State Street |
| 3 | Boston, MA  02109 |
| | Tel.:  617.570.1000 |
| 4 | Fax:  617.523.123 |
| | |
| 5 | Seth M. Goldstein (SBN 232071) |
| | *sgoldstein@goodwinprocter.com* |
| 6 | **GOODWIN PROCTER LLP** |
| | 601 S Figueroa Street, 41st Floor |
| 7 | Los Angeles, CA  90017 |
| | Tel.: 213.426.2500 |
| 8 | Fax: 213.623.1673 |
| | |
| 9 | Attorneys for Defendant |
| | **BANK OF AMERICA, N.A.** |
| 10 | (erroneously sued as Bank of America) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CitiMortgage, Inc.; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:11-CV-07692-CAS (CWx)<br><br>**DECLARATION OF SETH M. GOLDSTEIN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: May 21, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>         Spring Street Courthouse<br><br>Judge: Hon. Cristina A. Snyder<br><br>Date of Removal:  September 16, 2011<br>Date Action Filed:  August 17, 2011<br>Trial Date:  None |

LIBA/2301052.1
DECLARATION OF SETH M. GOLDSTEIN ISO REPLY ISO MOTION TO DISMISS SECOND AMENDED COMPLAINT

# DECLARATION OF SETH M. GOLDSTEIN

I, Seth M. Goldstein, hereby depose and state as follows:

1. I am an attorney duly admitted to practice before this Court and all courts of the State of California. I am an associate with the law firm Goodwin Procter LLP, counsel of record for defendant, Bank of America, N.A. ("Bank of America"). I make this Declaration in support of the concurrently filed Bank of America Reply In Support of Motion to Dismiss Second Amended Class Action Complaint in the above captioned action. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit "1" is a true and correct copy of the Servicer Participation Agreement between Fannie Mae and Bank of America (without exhibits).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of May, 2012.

  /s/ Seth M. Goldstein
Seth M. Goldstein

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 S Figueroa St., 41st Floor, Los Angeles, CA  90017.

On **May 7, 2012**, I served the following documents:

**DECLARATION OF SETH M. GOLDSTEIN IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**

| | |
|---|---|
| Christopher G. Weston<br>WESTON LAW CONNECTION CORP.<br>4311 Wilshire Boulevard, Suite 615<br>Los Angeles, CA 90010 | Counsel for Plaintiffs and The Class Members: *Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly* and *Kian Kamrani*<br>Tel:   323.936.0815<br>Fax:  323.936.0700<br>Email: wlconnection@aol.com |
| Motaz M. Gerges<br>MOTAZ M. GERGES LAW OFFICES<br>15315 Magnolia Blvd., Suite 429<br>Sherman Oaks, CA  91403 | Counsel for Plaintiff and The Class Members: *Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui; Sandra Enshiwat; Ali Reza Amirjalaly* and *Kian Kamrani*<br>Tel:   818.386.0000<br>Fax:  818.380.0100<br>Email: mgerges@aol.com |
| Stephen P. Wiman<br>Amber M. Grayhorse<br>NOSSAMAN LLP<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017 | Counsel for Defendant: *Carnegie Mortgage, LLC*<br>Tel:   213.612.7800<br>Fax:  213.612.7801<br>Email: swiman@nossaman.com<br>Email: agrayhorse@nossaman.com |
| John Nadolenco<br>Steven E. Rich<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503 | Counsel for Defendant: *CitiMortgage, Inc.*<br>Tel:   213.229.9500<br>Fax:  213.625.0248<br>Email: jnadolenco@mayerbrown.com<br>Email: srich@mayerbrown.com |
| Stephen J. Kane (Pro Hac Vice)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Counsel for Defendant: *CitiMortgage, Inc.*<br>Tel:   312.701.8857<br>Fax:  312.706.8311<br>Email: skane@mayerbrown.com |

- 1 -

PROOF OF SERVICE

LIBA/2301052.1

| | | |
|---|---|---|
| 1 | Robin P. Wright<br>Nicole K. Neff<br>WRIGHT FINLAY & ZAK LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | Counsel for Defendant: *Cal-Western Reconveyance Corporation*<br>Tel:  949.477.5050<br>Fax:  949.477.9200<br>Email: rwright@wrightlegal.net<br>Email: nneff@wrightlegal.net |
| 4 | Peter Obstler<br>Zachary J. Alinder<br>Margaret A. DeGooyer<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Counsel for Defendants *JPMorgan Chase Bank, N.A.*, including as acquirer of certain assets and liability of Washington Mutual Bank from the FDIC, acting as Receiver; and *Deutsche Bank National Trust Company,* in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6<br>Tel:  415.393.2000<br>Fax:  415.393.2286<br>Email: peter.obstler@bingham.com<br>Email: zachary.alinder@bingham.com<br>Email:margaret.degooyer@bingham.com |
| 13 | Stuart B. Wolfe<br>Cathy L. Granger<br>WOLFE & WYMAN LLP<br>2301 Dupont Drive Suite 300<br>Irvine, CA 92612-7531 | Counsel for Defendants *Wells Fargo Bank, N.A*, as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass Through Certificates (Erroneously sued herein as Wells Fargo Bank, N.A; and *Atlantic & Pacific Foreclosure Services*<br>Tel:  949.475.9200<br>Fax:  949.475.9203<br>Email: sbwolfe@wolfewyman.com<br>Email: clgranger@wolfewyman.com |
| 19 | Matthew D. Benedetto<br>P. Patty Li<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 | Counsel for Defendant: *Federal National Mortgage Association*<br>Tel:  213.443.5300<br>Fax:  213.443.5400<br>Email: matthew.benedetto@wilmerhale.com<br>Email: patty.li@wilmerhale.com |
| 23 | Noah Levine (Pro Hac Vice)<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>399 Park Avenue<br>New York, NY 10022 | Counsel for Defendant: *Federal National Mortgage Association*<br>Tel:  212.230.8800<br>Fax:  212.230.8888<br>Email: noah.levine@wilmerhale.com |

- 2 -

PROOF OF SERVICE

LIBA/2301052.1

The documents were served by the following means:

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

- 3 -

PROOF OF SERVICE

LIBA/2301052.1

1  
2     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.
3  
4     Executed on **May 7, 2012**, at Los Angeles, California.
5  
6     _____Kemi Oyemade_____           _____(Signature)_____
        (Type or print name)

- 4 -

PROOF OF SERVICE

LIBA/2301052.1