P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Matthew D. Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Noah Levine (admitted *pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant Federal National Mortgage Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Carnegie Mortgage LLC, et al., <br><br> Defendants. | Case No. CV 11-07692 CAS(CWx) <br><br> **ORDER DISMISSING CLAIMS AGAINST FEDERAL NATIONAL MORTGAGE ASSOCIATION WITH PREJUDICE** <br><br> Hon. Christina A. Snyder |

1  WHEREAS, Plaintiffs Jose Luis Rosas, Steven Zivanic, Yvonne Zivanic, Fernando Hinnaoui, Martha V. Hinnaoui, Sandra Enshiwat, Ali Reza Amirjalaly, and Kian Kamrani ("Plaintiffs") filed their Second Amended Complaint on April 3, 2012.

WHEREAS, Defendant Federal National Mortgage Association ("Fannie Mae") filed its Motion To Dismiss Second Amended Class Action Complaint on April 19, 2012.

WHEREAS, by order dated May 21, 2012, the Court dismissed Plaintiffs' claim against Fannie Mae for declaratory/injunctive relief with prejudice, and dismissed Plaintiffs' claims against Fannie Mae for breach of contract, breach of the implied covenant of good faith and fair dealing, quasi contract, and "no contract" without prejudice, giving Plaintiffs "thirty (30) days to file an amended complaint addressing the deficiencies noted" in the order.

WHEREAS, Plaintiffs filed their Third Amended Complaint on June 22, 2012.

AND WHEREAS, the Third Amended Complaint does not list Fannie Mae as one of the "Defendants Subject to Third Amended Complaint," (Third Am. Compl. ¶¶ 20-25), and does not set forth any factual allegations of wrongdoing by Fannie Mae in connection with any of the causes of action raised therein.

IT IS HEREBY ORDERED that:

The claims against Fannie Mae in the Second Amended Complaint lodged with the Court on April 3, 2012 by Plaintiffs are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: July 11, 2012

_____
Honorable Christina A. Snyder
United States District Court Judge