James W. McGarry (*Pro Hac Vice*)
jmcgarry@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Seth M. Goldstein (SBN 232071)
sgoldstein@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax: 213.623.1673

Attorneys for Defendant
**BANK OF AMERICA, N.A.**
(Erroneously sued as Bank of America)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CitiMortgage, Inc.; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:11-CV-07692-CAS (CWx)<br><br>**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Date: August 27, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>Spring Street Courthouse<br><br>Judge: Hon. Cristina A. Snyder<br><br>Date of Removal: September 16, 2011<br>Date Action Filed: August 17, 2011<br>FAC filed: November 28, 2011<br>SAC filed: April 3, 2012<br>TAC filed: June 25, 2012<br>Trial Date: None |

NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT
LIBA/2327746.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Jose Luis Rosas, Steven Zivanic, Yvonne Zivanic, Fernando Hinnaoui, Marthat V. Hinnaoui, Sandra Enshiwat, Ali Reza Amirjalaly, and Kian Kamrani ("Plaintiffs") have not opposed the Motion to Dismiss submitted by Defendant Bank of American, N.A., ("BANA") which seeks an order from the Court dismissing the Third Amended Class Action Complaint ("TAC") in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  Plaintiffs' deadline for filing and serving their opposition was August 6, 2012.  If Plaintiffs had opposed the Motion, BANA's deadline for filing and serving any reply would have then been Monday, August 13, 2012.

Furthermore, the Court should grant Defendant's Motion in its entirety in accordance with the Central District's Local Rule 7-12.  Local Rule 7-12 clearly states that Plaintiffs' "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting … of the motion."  C.D. Cal. Civ. L.R. 7-12.  As Plaintiffs failed to file an opposition to BANA's Motion, this Court should deem such failure as their consent to granting BANA's Motion.

BANA respectfully requests that the Court dismiss Plaintiffs' Third Amended Class Action Complaint against BANA in its entirety and with prejudice.  BANA

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT
- 1 -
LIBA/2327746.1

1  further respectfully submits that the Court should grant its Motion without the need
2  for a hearing, and therefore, the hearing, currently set for August 27, 2012, should
3  be taken off calendar.[1]

4  Dated: August 13, 2012                      Respectfully submitted,

6  By: /s/ Seth M. Goldstein
   James W. McGarry *(Pro Hac Vice)*
   *jmcgarry@goodwinprocter.com*
7  Seth M. Goldstein (SBN 232071)
   *sgoldstein@goodwinprocter.com*
8  **GOODWIN PROCTER LLP**

9  Attorneys for Defendant
   **BANK OF AMERICA, N.A.**

---

[1] In the event that Plaintiffs file, and the Court accepts submission of, any belated opposition to BANA's Motion to Dismiss, BANA respectfully requests that the Court grant 14 days from the date of the filing of any such papers to file a reply brief, and that the Court reschedule the hearing to a time convenient for the Court that would allow BANA an opportunity to reply.

NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT
- 2 -
LIBA/2327746.1

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On **August 13, 2012**, I electronically filed the following document(s) using the CM/ECF system:

**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| | |
|---|---|
| Margaret A DeGooyer<br>**BINGHAM MCCUTCHEN LLP**<br>Three Embarcardero Center,<br>Suite 1500<br>San Francisco, CA 94111 | |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **August 13, 2012**, at Los Angeles, California.

____Kemi Oyemade____   _____(Signature)_____
(Type or print name)