1  MAYER BROWN LLP
   John Nadolenco(SBN 181128)
2  *jnadolenco@mayerbrown.com*
   Steven E. Rich (SBN 198412)
3  *srich@mayerbrown.com*
   350 South Grand Avenue, 25th floor
4  Los Angeles, CA 90071-1503
   Telephone: (213) 229-9500
5  Facsimile:   (213) 625-0248

6  Stephen J. Kane (*pro hac vice*)
   skane@mayerbrown.com
7  71 South Wacker Drive
   Chicago, IL 60640-4637
8  Telephone: (312) 782-0600
   Facsimile:   (312) 701-7711

9
   Attorneys for Defendant
10 CITIMORTGAGE, INC.

11             **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

14 JOSE LUIS ROSAS; STEVEN ZIVAN-        Case No. CV-11-07692 CAS (CWx)
   IC; YVONNE ZIVANIC; FERNANDO
   HINNAOUI; MARTHA V. HINNAOUI,         **NOTICE OF NON-OPPOSITION TO**
15 SANDRA ENSHIWAT; ALI REZA             **CITIMORTGAGE, INC.'S MOTION**
   AMIRJALAIY; KIAN KAMRANI ON           **TO DISMISS THIRD AMENDED**
16 BEHALF OF THEMSELVES AND              **COMPLAINT**
   ALL OTHERS SIMILARLY SI-
17 TUATED,
                                         Date:      August 27, 2012
18             Plaintiffs,               Time:      10:00 a.m.
                                         Judge:     Hon. Christina A. Snyder
19        v.
                                         Third Amended Complaint filed:
20 CITIMORTGAGE, INC.; WASHING-          June 22, 2012
   TON MUTUAL BANK, F.A.; JP MOR-
21 GAN CHASE BANK, N.A.; BANK OF
   AMERICA; FEDERAL NATIONAL
22 MORTGAGE ASSOCIATION; INDY-
   MAC BANK F.S.B.; DEUTSCHE
23 BANK NATIONAL TRUST COMPA-
   NY; ATLANTIC & PACIFIC FOREC-
24 LOSURE SERVICES; WELLS FARGO
   BANK, N.A.; AND DOES 1
25 THROUGH 10, INCLUSIVE,

26             Defendants.

27

28
   _____
        NOTICE OF NON-OPPOSITION TO CITIMORTGAGE, INC.'S MOTION TO DISMISS THIRD AMENDED
                        COMPLAINT; CASE NO. CV-11-07692 CAS (CWX)
   702509413

On July 9, 2012, CitiMortgage, Inc. moved to dismiss plaintiffs' Third Amended Complaint. CitiMortgage set a hearing date for August 27, 2012. Under Local Rule 7-9, plaintiffs' opposition or statement of non-opposition was due by August 6, 2012. As of the date of this filing, plaintiffs have not filed any response.

"The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. Civ. L.R. 7-12. Judges in this District have cited Local Rule 7-12 in dismissing complaints for failure to timely respond. *E.g.*, *Plascencia v. Recontrust Co.*, 2009 WL 250930, at *1 (C.D. Cal. Jan. 29, 2009). The Ninth Circuit has affirmed that practice. *See Glassman v. Raytheon Non-Bargaining Ret. Plan*, 259 F. App'x 932 (9th Cir. 2007).

Beyond plaintiffs' violation of the Local Rules, the complaint should be dismissed for the reasons cited in CitiMortgage's opening brief. Intervening case law provides further support for dismissal. For example, this Court recently dismissed a claim that—like the claim asserted by Jose Luis Rosas against CitiMortgage in this case—alleged breach of a Trial Period Plan ("TPP"). *Villalvazo v. America's Servicing Co.*, 2012 WL 3018059, at *4 (C.D. Cal. July 23, 2012); *accord*, *e.g.*, *Avevedo v. CitiMortgage, Inc.*, 2012 WL 3134222 (N.D. Ill. July 25, 2012) (dismissing breach of TPP claim against CitiMortgage); *Rummell v. Vantium Capital, Inc.*, 2012 WL 2564846 (E.D. Mich. July 2, 2012) (same); *Pineda v. CitiMortgage, Inc.*, 2012 WL 2070317 (N.D. Cal. June 8, 2012) (same).

Dated: August 13, 2012            MAYER BROWN LLP

By:        /s/ Steven E. Rich
                  Steven E. Rich
Attorneys for Defendant CitiMortgage, Inc.

1

NOTICE OF NON-OPPOSITION TO CITIMORTGAGE, INC.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT; CASE NO. CV-11-07692 CAS (CWX)

702509413