1  Camilla N. Andrews – Bar No. 126143
   candrews@starfieldsmith.com
2  **STARFIELD & SMITH**
   2955 Main Street, Second Floor
3  Irvine, CA 92614
   Telephone: (949) 333-4108
4  Fax: (949) 608-0129

5  Eric Dean - Bar No. 56854
   eric.dean@wolffirm.com
6  **THE WOLF FIRM**, A Law Corporation
   2955 Main Street, Second Floor
7  Irvine, CA 92614
   Telephone: (949) 720-9200
8  Fax: (949) 608-0129

9  Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, in its
   capacities as RECEIVER FOR INDYMAC BANK F.S.B. and RECEIVER
10 FOR WASHINGTON MUTUAL BANK

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI; SANDRA ENSHIWAT; ALI REZA AMIRJALALY; KIAN KAMRANI on behalf of themselves and all others similarly situated,<br><br>vs.<br><br>CARNEGIE MORTGAGE, LLC.; CITIMORTGAGE, INC.; CAL WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; JUANITO MARAMBA AND ESTER MARAMBA and DOES 1-10 Inclusive. | Case No.: CV-11-07692 CAS (CWx)<br><br>**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION in its capacities as RECEIVER FOR INDYMAC BANK F.S.B. AND RECEIVER FOR WASHINGTON MUTUAL BANK'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Trial Date: None Set<br>Assignment: Hon. Christina A. Snyder<br><br>Hearing: August 27, 2012<br>Time: 10:00 a.m.<br>Dept.: Courtroom 5, 2nd Floor<br><br>Complaint Filed: September 16, 2011<br>FAC Filed: November 11, 2011<br>SAC Filed: April 3, 2012<br>TAC Filed: June 22, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs have not opposed the Motion to Dismiss Plaintiffs' Third Amended Complaint submitted by Defendant Federal Deposit Insurance Corporation ("FDIC"), as receiver for named Defendants, IndyMac Bank, F.S.B. ("IndyMac") and Washington Mutual Bank ("WaMu") ("FDIC-R of IndyMac" and "FDIC-R of WaMu") which seeks an order from the Court dismissing the Third Amended Complaint ("TAC") in its entirety with prejudice on the grounds cited therein. Plaintiffs' deadline for filing and serving their opposition was August 6, 2012. If Plaintiffs had opposed the Motion, FDIC-R of Indymac and FDIC-R of WaMu's deadline for filing and serving any reply would have been Monday, August 13, 2012.

Furthermore, the Court should grant Defendants' Motion in its entirety in accordance with the Central District's Local Rule 7-12. Local Rule -12 clearly states that Plaintiffs' "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." C.D. Cal. Civ. L.R. 7-12. As Plaintiffs failed to file an opposition to FDIC's Motion, this Court should deem such failure as their consent to granting the Motion. Judges in this District have cited Local Rule 7-12 in dismissing complaints for failure to timely respond. *E.g. Plascencia v. Recontrust Co.,* 2009 WL 250930, at *1 (C.D. Cal. Jan. 29, 2009). The Ninth Circuit has affirmed that practice. *See Glassman v. Raytheon Non-Bargaining Ret. Plan,* 259 F. App'x 932 (9th Cir. 2007).

FDIC-R of IndyMac and FDIC-R of WaMu respectfully requests that the Court dismiss Plaintiffs' Third Amended Complaint against Defendants FDIC-R of IndyMac and FDIC-R of WaMu in its entirety and with prejudice.

FDIC-R of IndyMac and FDIC-R of WaMu further respectfully submits that the Court should grant its Motion without the need for a hearing, and therefore, the hearing currently set for August 27, 2012, should be taken off

1 | calendar.

2 | August 14, 2012        Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, FSB AND WASHINGTON MUTUAL BANK

/s/ Camilla N. Andrews
_____

Of Counsel:
Kathryn R. Norcross
Senior Counsel
Susan K. Bank
Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D-7126
Arlington, VA 22226
(703) 562-2389

Camilla N. Andrews – Bar No. 126143
candrews@starfieldsmith.com
**STARFIELD & SMITH**
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone:  (949) 333-4108
Fax:  (949) 608-012

FDIC NOTICE OF PLAINTIFFS' NON-OPPOSITION TO FDIC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT