Camilla N. Andrews – Bar No. 126143
candrews@starfieldsmith.com
**STARFIELD & SMITH**
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 333-4108
Fax: (949) 608-0129

Eric Dean - Bar No. 56854
eric.dean@wolffirm.com
**THE WOLF FIRM**, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0129

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacities as RECEIVER FOR INDYMAC BANK F.S.B. and RECEIVER FOR WASHINGTON MUTUAL BANK
*Exempt from Filing Fees as a Government Agency*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI; SANDRA ENSHIWAT; ALI REZA AMIRJALALY; KIAN KAMRANI on behalf of themselves and all others similarly situated,<br><br>vs.<br><br>CARNEGIE MORTGAGE, LLC.; CITIMORTGAGE, INC.; CAL WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCATION; INDYMAC BANK F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; JUANITO MARAMBA AND ESTER MARAMBA and DOES 1-10 Inclusive. | Case No.: CV-11-07692 CAS (CWx)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Request for Judicial Notice; Declaration of Susan Bank; Declaration of Lewis Nelson, Sr.]<br><br>Trial Date: None Set<br>Assignment: Hon. Christina A. Snyder<br><br>Hearing: August 27, 2012<br>Time: 10:00 a.m.<br>Dept.: Courtroom 5, 2nd Floor<br><br>Complaint Filed: September 16, 2011<br>FAC Filed: November 11, 2011<br>SAC Filed: April 3, 2012<br>TAC Filed: June 22, 2012 |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is The Wolf Firm, 2955 Main Street, Irvine, CA.

On August 14, 2012, I served a copy, with all exhibits, if any, of the following document(s):

**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION in its capacities as RECEIVER FOR INDYMAC BANK F.S.B. AND RECEIVER FOR WASHINGTON MUTUAL BANK'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

on all interested parties in said case addressed as follows:

See attached Service List.

☒ **(BY CM/ECF)** I caused such document(s) to be transmitted to the offices of the addressee(s) listed above by electronic mail at the email address(es) set forth pursuant to FRCP 5(d)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

This declaration is executed in Irvine, California, on August 14, 2012

_____
Zahra H. Aziz

|     |     |
| --- | --- |
| 1   | **Christopher G Weston** |
| 2   | Weston Law Connection Corp |
|     | 4311 Wilshire Boulevard Suite 615 |
| 3   | Los Angeles, CA 90010 |
|     | 323-936-0815 |
| 4   | Fax: 323-936-0700 |
| 5   | Email: wlconnection@aol.com |
|     | *Attorneys for* **Plaintiff Jose Luis Rosas** |
| 6   |     |
| 7   | **Motaz M Gerges** |
|     | Motaz M Gerges Law Offices |
| 8   | 15315 Magnolia Boulevard Suite 429 |
| 9   | Sherman Oaks, CA 91403 |
|     | 818-386-0000 |
| 10  | Fax: 818-380-0100 |
| 11  | Email: mgerges@aol.com |
|     | *Attorneys for* **Plaintiff Jose Luis Rosas** |
| 12  |     |
| 13  |     |
|     | **Vipan K Bhola** |
| 14  | Vip Bhola Law Offices |
| 15  | 21550 Oxnard Street 3rd Floor |
|     | Woodland Hills, CA 91367 |
| 16  | 818-224-6650 |
| 17  | Fax: 818-221-0302 |
|     | Email: vbhola@me.com |
| 18  | *Attorneys for* **Plaintiff Jose Luis Rosas** |
| 19  |     |
|     | **Christopher G Weston** |
| 20  | (See above for address) |
| 21  | *Attorneys for* **Plaintiff Steven Zivanic** |
| 22  | **Motaz M Gerges** |
| 23  | (See above for address) |
|     | *Attorneys for* **Plaintiff Steven Zivanic** |
| 24  |     |
| 25  | **Vipan K Bhola** |
|     | (See above for address) |
| 26  | *Attorneys for* **Plaintiff Steven Zivanic** |
| 27  |     |
|     | **Christopher G Weston** |
| 28  | (See above for address) |

| | |
|---|---|
| 1 | *Attorneys* for **Plaintiff Yvonne Zivanic** |
| 2 | |
| 3 | **Motaz M Gerges**<br>(See above for address) |
| 4 | *Attorneys* for **Plaintiff Yvonne Zivanic** |
| | **Vipan K Bhola** |
| 5 | (See above for address) |
| 6 | *Attorneys* for **Plaintiff Yvonne Zivanic** |
| 7 | **Christopher G Weston** |
| 8 | (See above for address)<br>*Attorney for* **Plaintiff Fernando Hinnaoui** |
| 9 | |
| 10 | **Motaz M Gerges**<br>(See above for address) |
| 11 | *Attorney for* **Plaintiff Fernando Hinnaoui** |
| 12 | |
| 13 | **Vipan K Bhola**<br>(See above for address) |
| 14 | *Attorney for* **Plaintiff Fernando Hinnaoui** |
| 15 | **Plaintiff** |
| 16 | **Christopher G Weston**<br>(See above for address) |
| 17 | *Attorneys for* **Martha V Hinnaoui** |
| 18 | |
| 19 | **Motaz M Gerges**<br>(See above for address) |
| 20 | *Attorneys for* **Martha V Hinnaoui** |
| 21 | **Vipan K Bhola** |
| 22 | (See above for address)<br>*Attorneys for* **Martha V Hinnaoui** |
| 23 | |
| 24 | **Christopher G Weston**<br>(See above for address) |
| 25 | *Attorneys for* **Plaintiff Sandra Enshiwat** |
| 26 | |
| 27 | **Motaz M Gerges**<br>(See above for address) |
| 28 | *Attorneys for* **Plaintiff Sandra Enshiwat** |

CERTIFICATE OF SERVICE

8296-1120

| | |
|---|---|
| 1 | **Vipan K Bhola** |
| 2 | (See above for address) |
|   | *Attorneys for* **Plaintiff Sandra Enshiwat** |
| 3 | |
| 4 | **Christopher G Weston** |
| 5 | (See above for address) |
|   | *Attorneys for* **Plaintiff Ali Reza Amirjalaly** |
| 6 | |
| 7 | **Motaz M Gerges** |
|   | (See above for address) |
| 8 | *Attorneys for* **Plaintiff Ali Reza Amirjalaly** |
| 9 | |
|   | **Vipan K Bhola** |
| 10 | (See above for address) |
| 11 | *Attorneys for* **Plaintiff Ali Reza Amirjalaly** |
| 12 | |
|   | **Christopher G Weston** |
| 13 | (See above for address) |
| 14 | *Attorneys for* **Plaintiff Kian Kamrani** *on behalf of themselves and all others similarly situated* |
| 15 | |
| 16 | **Motaz M Gerges** |
|   | (See above for address) |
| 17 | *Attorneys for* **Plaintiff Kian Kamrani** *on behalf of themselves and all others similarly situated* |
| 18 | |
| 19 | **Vipan K Bhola** |
| 20 | (See above for address) |
|   | *Attorneys for* **Plaintiff Kian Kamrani** *on behalf of themselves and all others similarly situated* |
| 21 | |
| 22 | |
| 23 | |
|   | **Amber M Grayhorse** |
| 24 | Nossaman LLP |
| 25 | 777 South Figueroa Street 34th Floor |
|   | Los Angeles, CA 90017 |
| 26 | 213-612-7800 |
| 27 | Fax: 213-612-7801 |
|   | Email: agrayhorse@nossaman.com |
| 28 | *Attorneys for* **Defendant Carnegie Mortgage LLC** |

**CERTIFICATE OF SERVICE**

8296-1120

| | |
|---|---|
| 1 | |
| 2 | **Stephen P Wiman**<br>Nossaman LLP |
| 3 | 777 South Figueroa Street 34th Floor |
| 4 | Los Angeles, CA 90017<br>213-612-7800 |
| 5 | Fax: 213-612-7801 |
| 6 | Email: swiman@nossaman.com<br>*Attorneys for* **Defendant Carnegie Mortgage LLC** |
| 7 | |
| 8 | |
| 9 | |
| 10 | **Steven E Rich**<br>Mayer Brown LLP |
| 11 | 350 South Grand Avenue 25th Floor |
| 12 | Los Angeles, CA 90071-1503<br>213-229-9500 |
| 13 | Fax: 213-625-0248 |
| 14 | Email: srich@mayerbrown.com<br>*Attorneys for Attorneys for* **Defendant CitiMortgage, Inc.** |
| 15 | |
| 16 | **John Nadolenco**<br>Mayer Brown LLP |
| 17 | 350 South Grand Avenue 25th Floor |
| 18 | Los Angeles, CA 90071-1503<br>213-229-9500 |
| 19 | Fax: 213-625-0248 |
| 20 | Email: jnadolenco@mayerbrown.com<br>*Attorneys for* **Defendant CitiMortgage, Inc.** |
| 21 | |
| 22 | **Stephen J Kane**<br>Mayer Brown LLP |
| 23 | 71 South Wacker Drive |
| 24 | Chicago, IL 60606<br>312-701-8857 |
| 25 | Fax: 312-706-8311 |
| 26 | Email: skane@mayerbrown.com<br>*PRO HAC VICE* |
| 27 | *Attorneys for* **Defendant CitiMortgage, Inc.** |
| 28 | |

| | |
|---|---|
| 1 | **Nicole K Neff** |
| 2 | Wright Finlay and Zak LLP |
| | 4665 MacArthur Court Suite 280 |
| 3 | Newport Beach, CA 92660 |
| 4 | 949-477-5050 |
| | Fax: 949-477-9200 |
| 5 | Email: nneff@wrightlegal.net |
| 6 | *Attorneys for* **Defendant Cal-Western Reconveyance Corporation** |
| 7 | **Robin P Wright** |
| 8 | Wright Finlay & Zak LLP |
| | 4665 MacArthur Court Suite 280 |
| 9 | Newport Beach, CA 92660 |
| 10 | 949-477-5050 |
| | Fax: 949-608-9142 |
| 11 | *Attorneys for* **Defendant Cal-Western Reconveyance Corporation** |
| 12 | |
| 13 | |
| 14 | **Peter Obstler** |
| | Bingham McCutchen LLP |
| 15 | Three Embarcadero Center |
| 16 | San Francisco, CA 94111 |
| | 415-393-2000 |
| 17 | Fax: 415-393-2286 |
| 18 | Email: peter.obstler@bingham.com |
| | *Attorneys for* **JPMorgan Chase Bank NA** |
| 19 | |
| 20 | **Margaret A DeGooyer** |
| | Bingham McCutchen LLP |
| 21 | Three Embarcardero Center Suite 1500 |
| 22 | San Francisco, CA 94111 |
| | 415-393-2000 |
| 23 | *Attorneys for* **JPMorgan Chase Bank NA** |
| 24 | |
| | **Zachary J Alinder** |
| 25 | Bingham McCutchen |
| 26 | Three Embarcadero Center |
| | San Francisco, CA 94111 |
| 27 | 213-680-6400 |
| 28 | Email: zachary.alinder@bingham.com |
| | *Attorneys for* **JPMorgan Chase Bank NA** |

**CERTIFICATE OF SERVICE**

8296-1120

1
2
3  **Hong-An Vu**
4  Goodwin Procter LLP
   601 South Figueroa Street 41st Floor
   Los Angeles, CA 90017
5  213-426-2500
6  Fax: 213-623-1673
   Email: hvu@goodwinprocter.com
7  *Attorneys for* **Bank of America**

8
9  **James W McGarry**
   Goodwin Procter LLP
10 Exhange Place 53 State Street
   Boston, MA 02109
11 617-570-1332
12 Fax: 617-523-1231
   Email: jmcgarry@goodwinprocter.com
13 *Attorneys for* **Bank of America**

14
15 **Ruby Wayne Wood**
   Goodwin Procter LLP
16 601 South Figueroa Street 41st Floor
   Los Angeles, CA 90017-5704
17 213-426-2500
18 Email: ruby_wayne@yahoo.com
   *Attorneys for* **Bank of America**
19

20 **Seth M Goldstein**
   Goodwin Procter LLP
21 601 Figueroa Street 41st Floor
22 Los Angeles, CA 90017-5704
   213-426-2500
23 Fax: 213-623-1673
24 Email: SGoldstein@goodwinprocter.com
   *Attorneys for* **Bank of America**
25

26 **Peiyin Patty Li**
   Wilmer Cutler Pickering Hale and Dorr
27 LLP
28 350 South Grand Avenue Suite 2100

| | |
|---|---|
| 1 | Los Angeles, CA 90071 |
| 2 | 213-443-5300<br>Fax: 213-443-5400 |
| 3 | Email: patty.li@wilmerhale.com |
| 4 | *Attorneys for* **Federal National Mortgage Association** |
| 5 | |
| 6 | **Matthew D Benedetto** |
| 7 | Wilmer Cutler Pickering Hale and Dorr LLP |
| 8 | 350 South Grand Avenue<br>Suite 2100 |
| 9 | Los Angeles, CA 90071 |
| 10 | 213-443-5323<br>Fax: 213-443-5400 |
| 11 | Email: matthew.benedetto@wilmerhale.com |
| 12 | *Attorneys for* **Federal National Mortgage Association** |
| 13 | |
| 14 | **Noah Levine** |
| 15 | Wilmer Cutler Pickering Hale & Dorr<br>399 Park Avenue |
| 16 | New York, NY 10022 |
| 17 | 212-230-8875<br>Fax: 212-230-8888 |
| 18 | Email: noah.levine@wilmerhale.com |
| 19 | *Attorneys for* **Federal National Mortgage Association** |
| 20 | |
| 21 | **Peter Obstler**<br>(See above for address) |
| 22 | *Attorneys for* **Deutsche Bank National Trust Company** |
| 23 | |
| 24 | **Margaret A DeGooyer**<br>(See above for address) |
| 25 | *Attorneys for* **Deutsche Bank National Trust Company** |
| 26 | **Zachary J Alinder** |
| 27 | (See above for address)<br>*Attorneys for* **Deutsche Bank National Trust Company** |
| 28 | |

| | |
|---|---|
| 1 | **Stuart B Wolfe** |
| 2 | Wolfe and Wyman LLP |
|   | 2301 Dupont Drive Suite 300 |
| 3 | Irvine, CA 92612-7531 |
| 4 | 949-475-9200 |
|   | Fax: 949-475-9203 |
| 5 | Email: sbwolfe@wolfewyman.com |
| 6 | *Attorneys for* **Atlantic and Pacific Foreclosure Services LLC** |
| 7 | |
| 8 | **Cathy L Granger** |
|   | Wolfe & Wyman |
| 9 | 2301 Dupont Drive Suite 300 |
| 10 | Irvine, CA 92612 |
|    | 949-475-9200 |
| 11 | Fax: 949 475 9203 |
| 12 | *Attorneys for* **Atlantic and Pacific Foreclosure Services LLC** |
| 13 | |
| 14 | **Stuart B Wolfe** |
| 15 | (See above for address) |
|    | *Attorney for* **Defendant** |
| 16 | **Wells Fargo Bank NA** |
| 17 | |
| 18 | **Cathy L Granger** |
|    | (See above for address) |
| 19 | *Attorney for* **Defendant** **Wells Fargo Bank NA** |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |