Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Cathy L. Granger (SBN 156453)
clgranger@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendants
WELLS FARGO BANK N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS THROUGH CERTIFICATES (erroneously sued herein as WELLS FARGO BANK, N.A.) and ATLANTIC & PACIFIC FORECLOSURE SERVICES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV11 07692 CAS (CWx)<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Courtroom: 5 |

1
**NOTICE OF LODGING OF [PROPOSED] JUDGMENT – 11-CV-07692**

1326642.1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that concurrently with this Notice, Defendants WELLS FARGO BANK N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS THROUGH CERTIFICATES (erroneously sued herein as WELLS FARGO BANK, N.A.) and ATLANTIC & PACIFIC FORECLOSURE SERVICES hereby lodges with the Court a [Proposed] Judgment, a true and correct copy of which is attached hereto as Exhibit "A".

DATED: February 28, 2013                WOLFE & WYMAN LLP



By: /s/ Cathy L. Granger
_____
STUART B. WOLFE
CATHY L. GRANGER
Attorneys for Defendants
**WELLS FARGO BANK N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS THROUGH CERTIFICATES (erroneously sued herein as WELLS FARGO BANK, N.A.) and ATLANTIC & PACIFIC FORECLOSURE SERVICES**

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On February 28, 2013, I served the document(s) described as **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** on all interested parties in said action as stated on the ATTACHED SERVICE LIST as method stated below.

☐ **BY MAIL**: as follows:

☐ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒ **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Central District Court website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on February 28, 2013, at Irvine, California.

_____
Theresa Fontes

# SERVICE LIST
## United States District Court Case No. 2:11-cv-07692-RSWL-CW
### Rosas v. Carnegie Mortgage, LLC
W&W File No. 1415-065
[Revised:9/6/11]

| | |
|---|---|
| Motaz M. Gerges, Esq.<br>LAW OFFICE OF MOTAZ M. GERGES<br>15315 Magnolia Blvd., Suite 429<br>Sherman Oaks, CA 91403 | Attorneys for Plaintiff and the Class Members<br><br>818-386-0000<br>818-380-0100<br>gergeslaw@yahoo.com |
| ~~Vip Bhola, Esq.~~<br>~~LAW OFFICES OF VIP BHOLA~~<br>~~21550 Oxnard Street, Third Floor~~<br>~~Woodland Hills, CA 91367~~ | ~~Attorneys for Plaintiff and the Class Members~~<br><br>~~818-224-6650~~<br>~~818-221-0302 FAX~~ |
| ~~Christopher G. Weston, Esq.~~<br>~~WESTERN LAW CONNECTION~~<br>~~4311 Wilshire Blvd., Suite 615~~<br>~~Los Angeles, CA 90010~~ | ~~Attorneys for Plaintiff and the Class Members~~<br><br>~~323-936-0815~~<br>~~323-936-0700 FAX~~ |
| Amber M. Grayhorse, Esq.<br>Stephen P. Wiman, Esq.<br>NOSSAMAN LLP<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017 | Attorneys for Carnegie Mortgage LLC<br><br>213-612-7800<br>213-612-7801 FAX |
| John Nadolenco, Esq.<br>Steven E. Rich, Esq.<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071 | Attorneys for CitiMortgage, Inc.<br><br>213-229-9500<br>213-625-0248 FAX |
| P. Patty Li, Esq.<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 | Attorneys for Federal National Mortgage Association<br><br>213-443-5300<br>213-443-5400 FAX |
| Seth Goldstein, Esq.<br>Hong-An Vu, Esq.<br>GOODWIN PROCTER LLP<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017 | Attorneys for Bank of America, N.A.<br><br>213-426-2500<br>213-623-1673 FAX |

914051.1

| | | |
|---|---|---|
| 1 | Peter Obstler, Esq. | Attorneys for JP Mortgage Chase Bank, |
| 2 | Zachary J. Alinder, Esq.<br>BINGHAM MCCUTCHEN LLP | N.A.; Deutsche Bank National Trust<br>Company, in its capacity as Trustee of |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111 | Washington Mutual Mortgage Securities<br>Corp. 2005-AR6 |
| 4 | | |
| 5 | Noah Levine, Esq.<br>WILMER CUTLER PICKERING HALE | Attorneys for Federal National Mortgage<br>Association |
| 6 | AND DOOR LLP<br>7 World Trade Center | 212-230-8875 |
| 7 | New York, NY 10007 | 212-230-8888 FAX<br>Noah.levine@wilmerhale.com |
| 8 | Stephen J. Kane, Esq. | Attorneys for CitiMortgage, Inc. |
| 9 | MAYER BROWN LLP<br>71 South Wacker Drive | 312-701-8857 |
| 10 | Chicago, IL 60606 | 312-706-8311 FAX<br>skane@maverbrown.com |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW