# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Rosas; Steven Zivanic; Yvonne Zivanic; Fernando Hinnaoui; Martha V. Hinnaoui, Sandra Enshiwat; Ali Reza Amirjalaly; Kian Kamrani on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Carnegie Mortgage, LLC.; CitiMortgage, Inc.; Cal-Western Reconveyance Corporation; Washington Mutual Bank, F.A.; JP Morgan Chase Bank, N.A.; Bank of America; Quality Loan Service Corporation; Federal National Mortgage Association; Indymac Bank F.S.B.; Deutsche Bank National Trust Company; Atlantic & Pacific Foreclosure Services; Wells Fargo Bank, N.A.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV11 07692 CAS (CWx)<br><br><br><br>**JUDGMENT**<br><br><br>Hon. Christina A. Snyder |

///

///

///

///

1

**[PROPOSED] JUDGMENT - CV11 07692 CAS**

**JUDGMENT**

The Court, having granted the Motion to Dismiss the Third Amended Complaint filed by Defendants Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass Through Certificates (sued herein as Wells Fargo Bank, N.A.) and Atlantic & Pacific Foreclosure Services, as set forth in its Minute Order of February 25, 2013,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, THAT:

1. Judgment is entered in favor of Defendants Wells Fargo Bank N.A. and Atlantic & Pacific Foreclosure Services and against Plaintiffs; and

2. Plaintiffs shall recover nothing in this action as against Wells Fargo Bank N.A. or Atlantic & Pacific Foreclosure Services.

**IT IS SO ORDERED.**

DATED: March 1, 2013

_____
Honorable Christina A. Snyder
Judge of the U.S. District Court