MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
CITIMORTGAGE, INC.

[*Additional Counsel Listed On Signature Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI; SANDRA ENSHIWAT; ALI REZA AMIRJALAIY; KIAN KAMRANI, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs,<br><br>v.<br><br>CARNEGIE MORTGAGE, LLC; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-07692 CAS (CWx)<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Honorable Christina A. Snyder |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that concurrently with this Notice, Defendants CitiMortgage, Inc.; JPMorgan Chase Bank, N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver; Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6; Bank of America, N.A.; and Federal Deposit Insurance Corporation as Receiver for IndyMac Bank F.S.B. and Washington Mutual Bank (collectively, "Defendants") hereby lodge with the Court a [Proposed] Judgment, a true and correct copy of which is attached hereto as Exhibit "A."

Dated:  March 5, 2013

MAYER BROWN LLP
JOHN NADOLENCO
STEVEN E. RICH


By: /s/ Steven E. Rich
      Steven E. Rich

Attorneys for Defendant
CitiMortgage, Inc.


Dated:  March 5, 2013

BINGHAM MCCUTCHEN LLP
PETER OBSTLER
ZACHARY J. ALINDER


By: /s/ Zachary J. Alinder
      Zachary J. Alinder

Attorneys for Defendants
JPMorgan Chase Bank, N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver; and, Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6

-2-

| | | |
|---|---|---|
| 1 | Dated: March 5, 2013 | STARFIELD & SMITH<br>CAMILLA N. ANDREWS |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Camilla N. Andrews<br>       Camilla N. Andrews |
| 5 | | Attorneys for Defendants<br>Federal Deposit Insurance<br>Corporation as Receiver for<br>IndyMac Bank, F.S.B. and<br>Washington Mutual Bank |
| 9 | Dated: March 5, 2013 | GOODWIN PROCTER LLP<br>JAMES W. MCGARRY<br>SETH M. GOLDSTEIN |
| 12 | | By: /s/ Seth M. Goldstein<br>       Seth M. Goldstein |
| 13 | | Attorneys for Defendant<br>Bank of America, N.A. |