# EXHIBIT A

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   JOSE LUIS ROSAS; STEVEN              Case No. CV11-07692 CAS (CWx)
     ZIVANIC; YVONNE ZIVANIC;
     FERNANDO HINNAOUI; MARTHA            **[PROPOSED] JUDGMENT**
12   V. HINNAOUI; SANDRA ENSHIWAT;
     ALI REZA AMIRJALAIY; KIAN            Hon. Christina A. Snyder
13   KAMRANI, on behalf of themselves and
     all others similarly situated,
14
15                        Plaintiffs,
16        v.
17   CARNEGIE MORTGAGE, LLC;
     CITIMORTGAGE, INC.; CAL-
     WESTERN RECONVEYANCE
18   CORPORATION; WASHINGTON
     MUTUAL BANK, F.A.; JP MORGAN
19   CHASE BANK, N.A.; BANK OF
     AMERICA; QUALITY LOAN
20   SERVICE CORPORATION; FEDERAL
     NATIONAL MORTGAGE
21   ASSOCIATION; INDYMAC BANK
     F.S.B.; DEUTSCHE BANK
22   NATIONAL TRUST COMPANY;
     ATLANTIC & PACIFIC
23   FORECLOSURE SERVICES; WELLS
     FARGO BANK, N.A.; and DOES 1
24   through 10, inclusive,
25                        Defendants.
26
27
28

705405681.1

## JUDGMENT

The Court, having granted, with prejudice, the Motion to Dismiss Third Amended Complaint filed by Defendants CitiMortgage, Inc.; JPMorgan Chase Bank, N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver; Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6; Bank of America, N.A.; and Federal Deposit Insurance Corporation as Receiver for IndyMac Bank F.S.B. and Washington Mutual Bank (collectively, "Defendants"), as set forth in its Minute Order dated February 25, 2013 (Dkt. No. 198),

HEREBY ORDERS, ADJUDGES, AND DECREES THAT:

1. Judgment is entered in favor of Defendants and against Plaintiffs; and
2. Plaintiffs shall recover nothing in this action against Defendants.

Dated: _____        _____
                                   Honorable Christina A. Snyder
                                   United States District Court Judge

1

705405681.1