1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ROSAS; STEVEN ZIVANIC; YVONNE ZIVANIC; FERNANDO HINNAOUI; MARTHA V. HINNAOUI; SANDRA ENSHIWAT; ALI REZA AMIRJALAIY; KIAN KAMRANI,on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNEGIE MORTGAGE, LLC; CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; INDYMAC BANK F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-07692 CAS (CWx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Hon. Christina A. Snyder |

# JUDGMENT

The Court, having granted, with prejudice, the Motion to Dismiss Third Amended Complaint filed by Defendants CitiMortgage, Inc.; JPMorgan Chase Bank, N.A., including as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver; Deutsche Bank National Trust Company, in its capacity as Trustee of Washington Mutual Mortgage Securities Corp. 2005-AR6; Bank of America, N.A.; and Federal Deposit Insurance Corporation as Receiver for IndyMac Bank F.S.B. and Washington Mutual Bank (collectively, "Defendants"), as set forth in its Minute Order dated February 25, 2013 (Dkt. No. 198),

HEREBY ORDERS, ADJUDGES, AND DECREES THAT:

1. Judgment is entered in favor of Defendants and against Plaintiffs; and
2. Plaintiffs shall recover nothing in this action against Defendants.

Dated:  March 6, 2013

_____          _____
                                 Honorable Christina A. Snyder
                                 United States District Court Judge